# EXHIBIT A

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Amended

Reg. No. 125,542
Registered May 20, 1919
OG Date Feb. 19, 1991

## TRADEMARK
## PRINCIPAL REGISTER

### VOGUE

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
350 MADISON AVENUE
NEW YORK, NY 10017, ASSIGNEE BY MESNE ASSIGNMENT AND MERGER VOGUE COMPANY, THE (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 22,419 AND 69,530.

FOR: [SEMI-MONTHLY PUBLICA-TION"] * MAGAZINES *, IN CLASS 38 (INT. CL. 16).

FIRST USE 12–17–1892; IN COMMERCE 12–17–1892.

SER. NO. 71–112,351, FILED 7–26–1918.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 19, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# UNITED STATES PATENT OFFICE.

### THE VOGUE COMPANY, OF NEW YORK, N. Y.

### TRADE-MARK FOR SEMIMONTHLY PUBLICATION.

**125,542.**                                      **Registered May 20, 1919.**

Application filed July 26, 1918.   Serial No. 112,351.

## STATEMENT.

*To all whom it may concern:*

Be it known that THE VOGUE COMPANY, a corporation duly organized and existing by virtue of the laws of the State of New York, and located in the city of New York, county of New York, and State of New York, and doing business at No. 19 West 44th street, has adopted for its use the trade-mark shown in the accompanying drawing.

The trade mark has been continuously used in the business of said corporation and in the business of its predecessors, The Fashion Company, since the 17th day of December, 1892. The applicant is also the owner of the trade mark, registration Number 69,530, dated June 16, 1908, and of registration No. 22,419, dated February 7, 1893, to The Fashion Company.

The particular description of goods to which the trade mark is appropriated is a semi-monthly publication, comprised in Class 38—Prints and publications.

The trade mark is applied by printing same directly upon the goods.

THE VOGUE COMPANY,
By CONDÉ NAST,
*Pres.*



## DECLARATION.

State of New York county of New York ss:

CONDÉ NAST, being duly sworn, deposes and says he is the president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation to be the owner of the trade mark sought to be registered; that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use said trade mark, either in the identical form, or in any such near resemblance thereto, as might be calculated to deceive; that the said trade mark is used by the applicant in commerce among the several States of the United States; that the drawing presented truly represents the trade mark sought to be registered and that the specimens (or facsimiles) show the trade mark as actually used upon the goods.

CONDÉ NAST.

Subscribed and sworn to before me, a notary public, this 18th day of October, 1918.
[L. s.]   FLORENCE T. NILSSON,
*Notary Public.*

Copies of this trade-mark may be obtained for five cents each, by addressing the "Commissioner of Patents, Washington, D. C."

Renewed to The Conde Nast Publications, Inc.,
a corporation of New York.

# UNITED STATES PATENT OFFICE.

THE VOGUE COMPANY, OF NEW YORK, N. Y.

### TRADE-MARK FOR SEMIMONTHLY PUBLICATION.

**125,542.**                                    **Registered May 20, 1919.**

Application filed July 26, 1918.   Serial No. 112,351.

## STATEMENT.

*To all whom it may concern:*

Be it known that THE VOGUE COMPANY, a corporation duly organized and existing by virtue of the laws of the State of New York, and located in the city of New York, county of New York, and State of New York, and doing business at No. 19 West 44th street, has adopted for its use the trademark shown in the accompanying drawing.

The trade mark has been continuously used in the business of said corporation and in the business of its predecessors, The Fashion Company, since the 17th day of December, 1892. The applicant is also the owner of the trade mark, registration Number 69,530, dated June 16, 1908, and of registration No. 22,419, dated February 7, 1893, to The Fashion Company.

The particular description of goods to which the trade mark is appropriated is a semi-monthly publication, comprised in Class 38—Prints and publications.

The trade mark is applied by printing same directly upon the goods.

THE VOGUE COMPANY,
By CONDÉ NAST,
*Pres.*

# VOGUE

## DECLARATION.

State of New York county of New York ss:

CONDÉ NAST, being duly sworn, deposes and says he is the president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation to be the owner of the trade mark sought to be registered; that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use said trade mark, either in the identical form, or in any such near resemblance thereto, as might be calculated to deceive; that the said trade mark is used by the applicant in commerce among the several States of the United States; that the drawing presented truly represents the trade mark sought to be registered and that the specimens (or facsimiles) show the trade mark as actually used upon the goods.

CONDÉ NAST.

Subscribed and sworn to before me, a notary public, this 18th day of October, 1918.

[L. S.]   FLORENCE T. NILSSON,
*Notary Public.*

Copies of this trade-mark may be obtained for five cents each, by addressing the "Commissioner of Patents, Washington, D. C."

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Amended

Reg. No. 125,542
Registered May 20, 1919
OG Date Feb. 19, 1991

## TRADEMARK
## PRINCIPAL REGISTER

## VOGUE

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
350 MADISON AVENUE
NEW YORK. NY 10017, ASSIGNEE BY MESNE ASSIGNMENT AND MERGER VOGUE COMPANY, THE (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 22,419 AND 69,530.

FOR: [SEMI-MONTHLY PUBLICATION"] * MAGAZINES *, IN CLASS 38 (INT. CL. 16).

FIRST USE l2–17–1892; IN COMMERCE 12–17–1892.

SER. NO. 71–112,351, FILED 7–26–1918.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 19, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Nov. 16, 1948

## Registration No. 504,006

## PRINCIPAL REGISTER
### Trade-Mark
Affidavit under Section 8 accepted.

# UNITED STATES PATENT OFFICE

The Conde Nast Publications Inc., New York, N. Y.

Act of 1946

Application January 31, 1948, Serial No. 548,484

# VOGUE

**(Statement)**

The Conde Nast Publications Inc., a corporation duly organized under the laws of the State of New York, located and doing business at 420 Lexington Avenue, city, county, and State of New York, has adopted and is using the trade-mark shown in the accompanying drawing, for a MAGAZINE PUBLISHED TWENTY TIMES YEARLY, in Class 38, Prints and publications, and presents herewith five specimens (or facsimiles) showing the trade-mark as actually used in connection with such goods, the trade-mark being applied by printing same directly upon the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used by applicant's predecessors in title on December 17, 1892, and first used in commerce among the several States, which may lawfully be regulated by Congress on December 17, 1892.

Applicant is the owner of U. S. Regs. Nos. 69,530; 125,542; 201,144 and 340,618.

**(Declaration)**

Mary E. Campbell, being duly sworn, deposes and says that she is the secretary of The Conde Nast Publications Inc., the applicant named in the foregoing statement, that she believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and that no other person, firm, corporation or association, to the best of her knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens (or facsimiles) show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

THE CONDE NAST
PUBLICATIONS INC.,
By MARY E. CAMPBELL,
*Secretary.*

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Renewal

Reg. No. 504,006
Registered Nov. 16, 1948
OG Date Jan. 10, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## VOGUE

CONDE NAST PUBLICATIONS, INC., THE (NEW YORK CORPORATION)
350 MADISON AVE.
NEW YORK, NY 10017

   OWNER OF U.S. REG. NOS. 69,530, 340,618 AND OTHERS.

FOR: MAGAZINE [PUBLISHED TWENTY TIMES YEARLY], IN CLASS 38 (INT. CL. 16).
   FIRST USE 12–17–1892; IN COMMERCE 12–17–1892.

   SER. NO. 548,484, FILED 1–31–1948.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 10, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Renewal

Reg. No. 504,006
Registered Nov. 16, 1948
OG Date Jan. 10, 1989

## TRADEMARK
## PRINCIPAL REGISTER

### VOGUE

CONDE NAST PUBLICATIONS, INC.,
THE (NEW YORK CORPORATION)
350 MADISON AVE.
NEW YORK, NY 10017

OWNER OF U.S. REG. NOS. 69,530,
340,618 AND OTHERS.

FOR: MAGAZINE [PUBLISHED
TWENTY TIMES YEARLY], IN CLASS
38 (INT. CL. 16).

FIRST USE 12–17–1892; IN COMMERCE
12–17–1892.

SER. NO. 548,484, FILED 1–31–1948.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 10, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Nov. 16, 1948

Registration No. 504,006

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

The Conde Nast Publications Inc., New York, N. Y.

Act of 1946

Application January 31, 1948, Serial No. 548,484

# VOGUE

**(Statement)**

The Conde Nast Publications Inc., a corporation duly organized under the laws of the State of New York, located and doing business at 420 Lexington Avenue, city, county, and State of New York, has adopted and is using the trade-mark shown in the accompanying drawing, for a MAGAZINE PUBLISHED TWENTY TIMES YEARLY, in Class 38, Prints and publications, and presents herewith five specimens (or facsimiles) showing the trade-mark as actually used in connection with such goods, the trade-mark being applied by printing same directly upon the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used by applicant's predecessors in title on December 17, 1892, and first used in commerce among the several States, which may lawfully be regulated by Congress on December 17, 1892.

Applicant is the owner of U. S. Regs. Nos. 69,530; 125,542; 201,144 and 340,618.

**(Declaration)**

Mary E. Campbell, being duly sworn, deposes and says that she is the secretary of The Conde Nast Publications Inc., the applicant named in the foregoing statement, that she believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and that no other person, firm, corporation or association, to the best of her knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens (or facsimiles) show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

THE CONDE NAST
PUBLICATIONS INC.,
By MARY E. CAMPBELL,
*Secretary.*

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 1,336,659
Registered May 21, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## VOGUE

CONDE NAST PUBLICATIONS INC.; THE (NEW YORK CORPORATION)
350 MADISON AVE.
NEW YORK, NY 10017

FOR: MAGAZINE, IN CLASS 16 (U.S. CL. 38).
FIRST USE 12-17-1892; IN COMMERCE 12-17-1892.

OWNER OF U.S. REG. NOS. 69,530, 504,006 AND OTHERS.

SER. NO. 508,132, FILED 11-9-1984.

JAMES WALSH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 1,336,659

## United States Patent and Trademark Office   Registered May 21, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## VOGUE

CONDE NAST PUBLICATIONS INC.; THE (NEW YORK CORPORATION)
350 MADISON AVE.
NEW YORK, NY 10017

FOR: MAGAZINE, IN CLASS 16 (U.S. CL. 38).
FIRST USE 12–17–1892; IN COMMERCE 12–17–1892.

OWNER OF U.S. REG. NOS. 69,530, 504,006 AND OTHERS.

SER. NO. 508,132, FILED 11–9–1984.

JAMES WALSH, EXAMINING ATTORNEY

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

## United States Patent and Trademark Office

**Reg. No. 2,592,452**
Registered July 9, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

# VOGUE.COM

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
4 TIMES SQUARE
NEW YORK, NY 10036

FOR: PROVIDING FASHION AND BEAUTY IN-FORMATION DISTRIBUTED OVER TELEVISION, SATELLITE, WIRELESS AND GLOBAL COMPUTER NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2000; IN COMMERCE 9-18-2000.

OWNER OF U.S. REG. NOS. 504,006, 1,659,761, AND OTHERS.

SN 75-980,654, FILED 10-7-1999.

SALLY SHIN, EXAMINING ATTORNEY

Int. Cls.: 44 and 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,069,976
Registered Mar. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# VOGUE

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
FOUR TIMES SQUARE
NEW YORK, NY 10036

FOR: PROVIDING INFORMATION ABOUT BEAUTY VIA A GLOBAL COMPUTER NETWORK, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2000; IN COMMERCE 9-18-2000.

FOR: PROVIDING INFORMATION ABOUT FASHION VIA A GLOBAL COMPUTER NETWORK, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2000; IN COMMERCE 9-18-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 69,530, 125,542 AND OTHERS.

SER. NO. 76-634,388, FILED 3-25-2005.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# VOGUE

**Reg. No. 4,138,408**
**Registered May 8, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
FOUR TIMES SQUARE
NEW YORK, NY 10036

FOR: DOWNLOADABLE COMPUTER SOFTWARE APPLICATIONS FOR USE IN CONNEC-
TION WITH SMARTPHONES, PDA DEVICES, TABLET COMPUTERS AND OTHER PORT-
ABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES, NAMELY, DOWNLOADABLE
SOFTWARE FOR ACCESSING, VIEWING, INTERACTING WITH AND DOWNLOADING
CONTENT AND INFORMATION FROM MAGAZINES AND WEBSITES IN THE FIELD OF
FASHION, STYLE AND BEAUTY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

OWNER OF U.S. REG. NOS. 69,530, 2,592,452 AND OTHERS.

THE MARK CONSISTS OF THE WORD "VOGUE" DISPLAYED IN A STYLIZED FORMAT.

SER. NO. 85-415,589, FILED 9-6-2011.

DAVID YONTEF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# VOGUE

**Reg. No. 4,964,883**

**Registered May 24, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
ONE WORLD TRADE CENTER
NEW YORK, NY 10007

FOR: ADVERTISING; PROMOTIONAL SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA DIGITAL AND MOBILE NETWORKS; E-COMMERCE SERVICES, NAMELY, FACILITATING E-COMMERCE BUSINESS TRANSACTIONS BY PROCESSING ELECTRONIC ORDERS FOR PURCHASES OF GOODS AND SERVICES VIA A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2012; IN COMMERCE 8-1-2012.

OWNER OF U.S. REG. NOS. 69,530, 125,542, AND OTHERS.

THE MARK CONSISTS OF THE WORD "VOGUE" IN A STYLIZED FORM.

SN 85-902,451, FILED 4-12-2013.

JOANNA FIORELLI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# VOGUE

**Reg. No. 4,964,884**

**Registered May 24, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
ONE WORLD TRADE CENTER
NEW YORK, NY 10007

FOR: ADVERTISING; PROMOTIONAL SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA DIGITAL AND MOBILE NETWORKS; E-COMMERCE SERVICES, NAMELY, FACILITATING E-COMMERCE BUSINESS TRANSACTIONS BY PROCESSING ELECTRONIC ORDERS FOR PURCHASES OF GOODS AND SERVICES VIA A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2012; IN COMMERCE 8-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 69,530, 125,542, AND OTHERS.

SN 85-902,453, FILED 4-12-2013.

JOANNA FIORELLI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
accepted, the registration will continue in force for the remainder of the ten-year period, calculated
from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# VOGUE

**Reg. No. 5,915,018**

Advance Magazine Publishers Inc.  (NEW YORK CORPORATION)
One World Trade Center

**Registered Nov. 19, 2019**  New York, NEW YORK 10007

**Int. Cl.: 41**

CLASS 41: entertainment and education services in the nature of podcasts in the field of fashion, culture, celebrities and lifestyle

**Service Mark**

FIRST USE 9-10-2015; IN COMMERCE 9-10-2015

**Principal Register**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-505,518, FILED 07-09-2019



Director of the United States
Patent and Trademark Office

---

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞

## 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔓𝔞𝔱𝔢𝔫𝔱 𝔞𝔫𝔡 𝔗𝔯𝔞𝔡𝔢𝔪𝔞𝔯𝔨 𝔒𝔣𝔣𝔦𝔠𝔢

# VOGUE

**Reg. No. 6,324,126**

**Registered Apr. 13, 2021**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

ADVANCE MAGAZINE PUBLISHERS INC.  (NEW YORK CORPORATION)

One World Trade Center
New York, NEW YORK 10007

CLASS 38: Transmission of video and audio content via digital networks and electronic communications networks

FIRST USE 1-1-2018; IN COMMERCE 1-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3069976, 5465148, 5514649

SER. NO. 88-915,894, FILED 05-14-2020






Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.