# EXHIBIT B



| | |
|---|---|
| Document title: | champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment Her…" |
| Capture URL: | https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd |
| Page loaded at (UTC): | Tue, 01 Nov 2022 16:39:51 GMT |
| Capture timestamp (UTC): | Tue, 01 Nov 2022 16:45:03 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | f7ad6462-59d7-4488-9d2e-a68390231509 |
| User: | loeb-jgorruso |

PDF REFERENCE #:      hY4N614wfNZzSBJ3tJsryh



champagnepapi and 21savage ...

**champagnepapi** Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment

Her Loss Nov 4th

Edited · 1d

**clubgodzilla** Don't tell me you a model if you ain't been in Vogue 🔥

1d 1,617 likes

**lethalshooter** Keep winning! This 🔥🔥🔥🔥

Document title: champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on…
Capture URL: https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd
Capture timestamp (UTC): Tue, 01 Nov 2022 16:45:03 GMT

Her Loss Nov 4th
Edited · 1d

**clubgodzilla** ✓ Don't tell me you a model if you ain't been in Vogue 🔥
1d   1,617 likes

**lethalshooter** ✓ Keep winning! This 🔥🔥🔥🔥
1d   127 likes

**reeselaflare1** ✓ No face no case !
1d   127 likes

**octavianessie** ✓ A banger
1d   88 likes

**kyle** ✓ Fire me up
1d   218 likes

**jerrylorenzo** ✓ 🔥🔥🔥
1d   107 likes

**hamilt0njr** ✓ Viral
1d   40 likes

**ferrisrafauli** ✓ 😨😨😨😨😨
1d   42 likes

**popcaanmusic** ✓ 21 can you do supmn fa me🔥
1d   135 likes

——— Hide replies

    **mrmorgan** ✓ @popcaanmusic y
    1d   53 likes   See translation

    **popcaanmusic** ✓ @mrmorgan yuh affi go y @champagnepapi a him say it 🙆‍♂️😂😂😂
    1d   28 likes

**meals_by_cug** ✓ Miinnggg
1d   25 likes

**thecrewleague** ✓ Two GOATs 🐐 🐐
1d   37 likes

**ohgeesy** ✓ 🦋🦋🦋
1d   95 likes

**drakerelated** ✓ 🔥🔥🔥
1d   121 likes

**alexwangny** ✓ 👏
1d   43 likes

**heyzmsc** ✓ Cover girls 📝
1d   294 likes

**mannyuk** ✓ "don't tell me that you model if you ain't been in Vogue" 💣
1d   1,373 likes

**cassyathena** ✓ 🙌
1d   33 likes

1d  294 likes

**mannyuk** ✓  "don't tell me that you model if you ain't been in Vogue" 💣
1d  1,373 likes

**cassyathena** ✓  🙌🏽
1d  33 likes

**patricktopping** ✓  Sick 🔥
1d  34 likes

**drelondon** ✓  📽️ Iconic
1d  45 likes

**bigbankdte** ✓  🔥🔥🔥
1d  22 likes

**itsbizkitt** ✓  Goated 🐐
1d  56 likes

**cole** ✓  📷
1d  70 likes

**brandonalmengo** ✓  Historic!!!!!!
1d  69 likes

**richthebarber** ✓  Quick pick up tomorrow
1d  57 likes

**realioctane** ✓  🔥
1d  37 likes

**derrickmilano** ✓  🔥🔥🔥🔥
1d  52 likes

**markmcmorris** ✓  Ooofff😤👑
1d  25 likes

**evbousis** ✓  🔥🔥🔥
1d  51 likes

**missksyn** ✓  🙌🏽🙌🏽🙌🏽
1d  39 likes

**jenbrillbrill** ✓  ❤️🔥
1d  54 likes

**quincy** ✓  CLASSIQ!
1d  104 likes

**iluvlola** ✓  🔥🔥🔥🔥
1d  14 likes

**pompanobeachfirerescue** ✓  King 🔥
1d  15 likes

**ovoriicch** ✓  🚀🚀🚀
1d  45 likes

**jmgkofi** ✓  🔥🔥
1d  27 likes

**mannyuk** ✓

Document title: champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on…
Capture URL: https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&amp;ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd
Capture timestamp (UTC): Tue, 01 Nov 2022 16:45:03 GMT
Page 3 of 8







1d 15 likes

ovoriicch 🚀🚀🚀🚀
1d 45 likes

jmgkofi 🔥🔥
1d 27 likes

officialroadrunna1 🔥🔥🔥
1d 29 likes

realblackcoffee 🔥🔥🔥🔥🔥🔥
1d 118 likes

mannyuk 👏🏾👏🏾👏🏾
1d 30 likes

djsemtex 🎫🎫
1d 39 likes

theprice 💥💥💥💥💥💥
1d 16 likes

thebsimone 🔥🔥🔥🔥
1d 42 likes

heartbreakmosa Ay that's hard !
18h 24 likes

nunu_nellz Don't tell me you a model if you ain't been in vogue 😤
1d 25 likes

battle.customs 🔥🔥🔥
1d 43 likes

grandwizardchatnigga Her loss already a classic
1d 229 likes

therealskitzzv2 HARDDDD.
1d 19 likes

eltoro_hotman Girl don't tell me that you model.... When Im the cover of Vogue 🍗🗡️
1d 19 likes

apollolofton VOGUE
1d 21 likes

davidjagun @nieshaloveofficial 🥊🥊
1d 7 likes

argenel Looking forward to picking this one up! @voguemagazine
1d 20 likes

fonz177 Goat talk 📞 🐐
1d 22 likes

realtorontonewz 🔥🔥🔥
1d 11 likes

archivedrake OOMMGGGGGGGG
1d 80 likes

1d 22 likes

realtorontonewz 🔥🔥🔥
1d 11 likes

archivedrake OOMMGGGGGGGG
1d 80 likes

wordonrd Iconic
1d 73 likes

omgyvngin Icons 🖊📜
1d 15 likes

nfrpodcast Savage Hours 🪓 \
1d 79 likes

lionesskaur Came thru wit the Vogue reference, marketing guru 👑😈
1d 22 likes

theo.skudra The politics issue
1d 43 likes

therealsmilez Yessuhhh✅
1d 25 likes

missdridri 🪓 x 🗡 🔥🔥🔥
1d 11 likes

keep6ixsolid 🔥🔥🔥 real car music on the wayyyyyyyyy
1d 35 likes

fonz177 🔥🔥🔥🔥🔥
1d 18 likes

skip2fame 🔥🔥🔥🔥
1d 13 likes

getoutthebox On the cover of Vogue with canerows 🔥🔥🔥
1d 21 likes

welovehiphopnetwork 💎💎💎 sick
1d 6 likes

camilleamore Nice 👏vogue model tings😏
1d 23 likes

atlanticmastoronto 🔥🔥🔥🔥🔥🔥🔥
1d 10 likes

msxx31 Word
1d 11 likes

yooaliofficial I felt that quote
1d 13 likes

mikki.mikkimoto Harrrrrrd
1d 13 likes

sameolprez 🔥🔥🔥
1d 14 likes

haus.of.drake Nah this goes crazzzyyyy 🔥🔥🔥

**mikki.mikkimoto** Harrrrrd
1d 13 likes

**sameolprez** 🔥🔥🔥
1d 14 likes

**haus.of.drake** Nah this goes crazzzyyyy 🔥🔥🔥
1d 30 likes

**duncadunk** Ok modellll🔥🔥
1d 10 likes

**bigskeem** Cover is 🔥🔥🔥
1d 16 likes

**davidjagun** 🥊🙏 Tomorrow🙏🥊
1d 6 likes

**getatkat** 😬😬
1d 6 likes

**bookdjdk** 💪🏿💪🏿💪🏿
1d 8 likes

**briimonett** 😎 a whole model
1d 7 likes

**chrisblakegriffith** 🔥🔥🔥🔥
1d 8 likes

**uncle_stizzy1** Dammmm ❤️❤️❤️❤️❤️❤️❤️🔥🔥🔥🔥🔥🔥🔥
1d 19 likes See translation

**robertalfaro31** 🦉 x 🗡️
1d 9 likes

**surfboardwave** 🦉
1d 6 likes

**4301sha** 🔥🔥🔥 ⚔️ 🦉
1d 5 likes

**lovejoysimi** Amazing . 📀🖤
23h 4 likes

**officialdnise** B!tch don't tell me that you model, if you ain't been in vogue!🔥😂🤦🏾
1d 86 likes

**ashleyruiz6ix** 🔥🔥🔥
1d 16 likes

**t.egotistic** 🔥🔥🔥🔥
1d 9 likes

**s8xybeast** 👏👏
1d 10 likes

**huliodraws** Go up🔥🔥
1d 8 likes

**adartselehcar** 🔥🔥🔥





s8kybeast 👏👏
1d 10 likes

huliodraws Go up🔥🔥
1d 8 likes

adartselehcar 🔥🔥🔥
1d 9 likes

califawnia Sooooo 🔥🔥🔥
1d 14 likes

fleiwekebodie 🔥🔥
1d 14 likes

boomitchellmemphis Legendary!! 💪💪💪🔥🔥🔥🎫
1d 14 likes

artdealer.74 🔥🔥🔥🔥
1d 5 likes

jamesjimmycook Sold out!
1d 13 likes

sgraziiano 🔥🔥🔥🔥
1d 11 likes

anniesakho FINALLY OMG!!!! like bffr...A FASHION ICON ⭐
1d 4 likes

hiiikey let's get it ending the year right!
1d 17 likes

officialrobynora 🔥🔥🔥🔥🔥
1d 7 likes

official_ggl_music Something is telling me this will be a classic🔥
1d 3 likes

realdtg B*tch, dont tell me that you model .. if you aint been in vogue 😂🔥
1d 42 likes

cocoandcowe The greatest 😁😁
23h 7 likes

andreabolley6mom Don't tell me your ..
18h 2 likes

anniesakho @voguemagazine okay, yeah, we need 3 official covers next year, thanks 😘 or no thanks at this point? idk...CAUSE????✨⭐👸 #FASHIONICON
16h 2 likes

standoutent 🙌👏
12h 1 like

_kishanmistry 🔥🔥
3h 1 like

svsgms 🔥🔥
1h

**anniesakho** @voguemagazine okay, yeah, we need 3 official covers next year, thanks 😅 or no thanks at this point?idk _CAN0E?????✨⭐📓 #FASHIONICON
16h  2 likes

**standoutent** 🙌👏
12h  1 like

**_kishanmistry** 🔥🔥
3h  1 like

**svsgms** 🔥🔥
1h

707,045 likes
1 DAY AGO

Comments on this post have been limited.

More posts from champagnepapi








Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite  Contact Uploading & Non-Users

English  © 2022 Instagram from Meta