# EXHIBIT  C

11/5/22, 11:39 AM    champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for t…

Case 1:22-cv-09517 Document 2-3 Filed 11/07/22 Page 2 of 9

# Photo



 **champagnepapi** and **21savage**     •••

 **champagnepapi**    Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment

Her Loss Nov 4th

Edited · 5d

 **clubgodzilla**    Don't tell me you a model if you ain't been in Vogue 🔥    

                            

 Liked by **mlorrained** and **858,926 others**

5 DAYS AGO

Comments on this post have been limited.

## More posts from champagnepapi

    

        

champagnepapi on Instagram: "Me and my brother on newsstands tomorrow. Thanks @voguemagazine and Anna Wintour for t...





Photo











Case 1:22-cv-09517 Document 2-3 Filed 11/07/22 Page 4 of 9

< Photo



champagnepapi and 21savage  •••

yooaliofficial I felt that quote
1w    16 likes

sgraziiano 🔥🔥🔥🔥
1w    13 likes

briimonett 😎 a whole model
1w    8 likes

official_ggl_music Something is
telling me this will be a classic

♡    💬    ✈                    🔖

Liked by mlorrained and 867,621 others
7 DAYS AGO

Comments on this post have been limited.

More posts from champagnepapi



Case 1:22-cv-09517 Document 2-3 Filed 11/07/22 Page 5 of 9

**Photo**











11/6/22, 9:12 PM
champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for th…

Photo

Case 1:22-cv-09517 Document 2-3 Filed 11/07/22 Page 6 of 9



**champagnepapi** and **21savage**                    ⋯

1w    18 likes

**sameolprez** 🔥🔥🔥
1w    15 likes

**boomitchellmemphis**
Legendary!! 💪🏾💪🏾💪🏾🔥🔥🔥
👑
1w    15 likes

**anniesakho** FINALLY OMG!!!!
like bffr…A FASHION ICON ⭐
6d    4 likes

Liked by **mlorrained** and **867,621 others**

7 DAYS AGO

Comments on this post have been limited.

More posts from champagnepapi



champagnepapi on Instagram: "Me and my brother on newsstands tomorrow! Thanks @voguemagazine and Anna Wintour for th…



Photo





Case 1:22-cv-09517 Document 2-3 Filed 11/07/22 Page 8 of 9

‹ **Photo**





champagnepapi and 21savage  •••

archivedrake  ♡
OOMMGGGGGGGG
1w    81 likes

lionesskaur Came thru wit the  ♡
Vogue reference, marketing
guru 👑😈
1w    27 likes

argenel Looking forward to  ♡
picking this one up!
@voguemagazine

♡  💬  ✈                    🔖

Liked by **mlorrained** and **867,621 others**
7 DAYS AGO

Comments on this post have been limited.

More posts from champagnepapi



11/6/22, 9:09 PM

champagnepapi on Instagram: "Me and my brother on newsstands tomorrow! Thanks @voguemagazine and Anna Wintour for th…

Case 1:22-cv-09517 Document 2-3 Filed 11/07/22 Page 9 of 9

## Photo









