# EXHIBIT E

# CONDÉ NAST

Donnellan, Christopher <chris_donnellan@condenast.com>

## Re: FOR YOUR IMMEDIATE ATTENTION RE: INFRINGEMENT OF VOGUE TRADEMARK
1 message

**Melissa Nathan** <mnathan@hstrategies.com>  Mon, Oct 31, 2022 at 11:59 AM
To: "Donnellan, Christopher" <chris_donnellan@condenast.com>
Cc: "Leatherwood, Olive" <olivia_leatherwood@condenast.com>, "afn@dreamcrew.com" <afn@dreamcrew.com>

Thank you for the email, letting you know that it was was received.

Sent from my iPhone

On 31 Oct 2022, at 08:46, Donnellan, Christopher <chris_donnellan@condenast.com> wrote:

+Adel Nur for visibility..
+

## CONDÉ NAST

**CHRISTOPHER P. DONNELLAN**
**GLOBAL COUNSEL, IP AND CONTENT INTEGRITY**
**One World Trade Center 26-413**
**New York, NY 10007**
 O: 212-286-4403
 M: 973.202.7467
 E: christopher_donnellan@condenast.com

CONFIDENTIALITY NOTICE:
*This e-mail may contain information that is confidential.*
*If you are not the intended recipient of this e-mail,*
*please notify the sender immediately by return e-mail,*
*purge it and do not disseminate or copy it.*

Vogue | Vanity Fair | Glamour | Self | GQ | The New Yorker | Condé Nast Traveler
| Allure | Architectural Digest | Bon Appétit | Epicurious | Wired | Teen Vogue|

11/5/22, 6:46 PM    Case 1:22-cv-09517-Chris-Simmons - RE: FOR YOUR IMMEDIATE ATTENTION LLP/INFRINGEMENT OF VOGUE TRADEMARK Filed 11/07/22 Page 3 of 6

Ars Technica | The Scene | Pitchfork | |them |

On Mon, Oct 31, 2022 at 11:44 AM Donnellan, Christopher <chris_donnellan@condenast.com> wrote:

Dear Ms. Nathan,

It has come to our attention that your client Drake has created a fake magazine cover using the Vogue trademark without our permission. You are trading on the goodwill of the Vogue brand to promote Drake's new album, as well as causing confusion in the marketplace as we've had numerous inquiries as to whether Drake is, in fact, on the cover of VOGUE.

We also understand that you are handing out printed editions of this "magazine." We demand that you immediately cease and desist this unauthorized use of the Vogue trademark by removing the Instagram post, ceasing any distribution of this "magazine," and issuing a public statement clarifying that this was not an actual cover of Vogue. Please immediately respond acknowledging that you are taking this corrective action.

Note that you have also used the names of Anna Wintour, Lena Dunham and Olen Zalenska, all of whom may have their own claims as to this improper use of their names to promote Drake's album.

This is not meant to be an exhaustive list of Vogue's remedies in this regard, all of which are expressly reserved.

Regards,

Chtistopoher Donnellan

# CONDÉ NAST

**Christopher P. Donnellan**
**Global Counsel, IP and Content Integrity**
**One World Trade Center 26-413**
**New York, NY 10007**
 O: 212-286-4403
 M: 973.202.7467
 E: christopher_donnellan@condenast.com

CONFIDENTIALITY NOTICE:
*This e-mail may contain information that is confidential.*
*If you are not the intended recipient of this e-mail,*
*please notify the sender immediately by return e-mail,*
*purge it and do not disseminate or copy it.*

11/5/22, 6:46 PM
Case 1:22-cv-09517 Document 25 Filed 11/07/22 Page 4 of 6
Conde Nast Sued for Drake Vogue Media Featuring Unauthorized Image of Vogue Trademark

Vogue | Vanity Fair | Glamour | Self | GQ | The New Yorker | Condé Nast Traveler | Allure | Architectural Digest | Bon Appétit | Epicurious | Wired | Teen Vogue| Ars Technica | The Scene | Pitchfork | |them |

---------- Forwarded message ---------
From: **Melissa Nathan** <mnathan@hstrategies.com>
Date: Mon, Oct 31, 2022 at 10:40 AM
Subject: Drake Vogue Cover - HER LOSS

To celebrate Drake's Vogue cover and his joint album HER LOSS, Street teams will be handing out copies of the magazine Monday Afternoon in select cities across America.



Condé Nast Sues YouTuber Lina Morgana for Infringing Vogue Trademark



--
Sergio Kletnoy
Entertainment Director, Vogue
The Talent Group
[1 World Trade Center](#)
22nd Floor
New York, NY 10007
212-286-2330

--
Olive Leatherwood
Communications | Condé Nast

[Vogue, Allure, Glamour, Teen Vogue, SELF, them.]