# EXHIBIT  F











