# EXHIBIT  G

Case 1:22-cv-09517 Document 2-5 Filed 11/07/22 Page 2 of 49



Mail | News | Finance | Sports | Entertainment | Life | COVID-19 | Shopping | Tech Tips | Yahoo Plus | More...






# Drake and 21 Savage land on the cover of 'Vogue'

**Jon Powell**

Mon, October 31, 2022 at 8:12 AM · 2 min read





Drake and 21 Savage

This Friday (Nov. 4), Drake and 21 Savage will unveil their joint album, *Her Loss*, to the masses. Before that takes place, the chart-topping duo revealed that they've landed on the cover of *Vogue*'s latest issue. Taking to Instagram, Drake thanked the magazine's editor-in-chief for the opportunity:

"My and my brother on newsstands tomorrow!! Thanks [*Vogue Magazine*] and Anna Wintour for the love and support on this historic moment..."

Drake and 21 Savage first announced the album through their music visual for "Jimmy Cooks," the final track on Drizzy's

## TRENDING

1. Powerball jackpot up to record $1.9 billion after no winner

2. Former students of Ron DeSantis said he was a 'total jock' who partied with students and thought it was 'very special' that he graduated from Yale: NYT

3. 'Kill them': Arizona election workers face midterm threats

4. Manchin: Biden's coal comments are 'divorced from reality'

5. Jack Dorsey tweets apology and takes responsibility for mass layoffs at Twitter under Elon Musk

Drake and 21 Savage land on the cover of "Vogue"



summer drop *Honestly, Nevermind*. That release saw the Canadian star delving into electronic subgenres with the aid of noted producers like &ME, Black Coffee, Gordo, Rampa, and more. *Honestly, Nevermind* became Drake's eleventh number one on the Billboard 200 thanks to 204,000 first-week album-equivalent units sold. Meanwhile, 21 Savage and Metro Boomin teamed up for the sequel to their critically acclaimed project *Savage Mode* in 2020, complete with additional contributions from Drake, Young Thug, Young Nudy, and actor Morgan Freeman, the last of who handled narration duties on the 15-song effort.

In a past interview with *GQ*, 21 opened up about his relationship with his OVO counterpart and why he deserves more credit than he's received during his career:

"He did a lot of s**t he didn't have to do. He do a lot of s**t for up-and-coming rappers, period. I don't think he get his respect for that. Every f**kin' year, he pull a new artist up. Ain't no other artist on his level [doing] that s**t…He the only one that got me something for my birthday that year. Don't nobody else get me s**t but Drake."

Check out Drake and 21 Savage's *Vogue* announcement below. The issue hits newsstands today (Oct. 31).

11/6/22, 6:13 PM
Case 1:22-cv-09517    Document 2-5    Filed 11/07/22    Page 4 of 49
Drake and 21 Savage land double cover of 'Vogue'

**champagnepapi** and **21savage**
124M followers



View more on Instagram

866,509 likes
**champagnepapi**

Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this h

Her Loss Nov 4th
view all 113 comments

Add a comment...

Case 1:22-cv-09517    Document 2-7    Filed 11/07/22    Page 5 of 49







Advertisement

Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting

## LATEST STORIES



**Associated Press**

**Suspicious envelope found at GOP candidate's Phoenix office**

Authorities on Sunday were investigating an envelope that reportedly contained suspicious white powder that was opened at the Phoenix campaign headquarters of Arizona...

8m ago



**The Telegraph**

**I'm A Celebrity, Get Me Out Of Here! launch show review: Mike Tindall and Jill Scott steal show as**

Anyone eagerly tuning into I'm A Celebrity, Get Me Out Of Here! (ITV) hoping to see much-maligned politician Matt Hancock choking on an unsavoury part of a kangaroo's...

13m ago



Ad • SmartAsset 

**Average Retirement Savings By Age: Are You Normal?**

The shocking amount some people have saved, and why speaking with a financial advisor could help increase your returns and alleviate stress.



**The Independent**

**Woman with four chronic illnesses explains why she has ditched her medication**

Clare Dane has had many illnesses throughout her life, including skin infections and seizures, which once kept her bedridden for five years

22m ago

**The Independent**

**I'm a Celebrity 2022 – live: Fans in awe of 'unflappable' Mike Tindall**

New series is back where it belongs

Advertisement



26m ago



USA TODAY

**Here's the biggest news**

The Astros bested the Phillies in the...

34m ago

Ad • Nordstrom



**Hooded Trench Coat**

Free Shipping. Free Returns. All the Time. The ultimate all-season coat, this water-resistant trench has all the classic details you'd expect plus a removable hood and front and...



The Independent

**I'm a Celebrity line up: Full 2022 cast including late arrivals**

Who is going into the jungle for I'm a Celebrity 2022? Meet the contestants

36m ago



The Independent

**Crowd cheers as Trump attacks Nancy Pelosi after assault on House speaker's husband**

Supporters of former president Donald Trump cheered when he mentioned House Speaker Nancy Pelosi on Sunday evening after her husband Paul was attacked in their home...

45m ago



The Independent

**Trump rally today – DeSantis camp angry over snub as Trump mocks Pelosi after husband violently**

Former president rumoured to be launching campaign a week after the midterm cycle ends

51m ago

Ad • Consumerbags



**Here Are the 97 Coolest Gifts for 2022**

97 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out



Engadget

**Meta will reportedly announce 'large-scale' layoffs next week**

According to The Wall Street Journal, an announcement could come as early as Wednesday.

51m ago

The Independent

**Trump news – live: Trump makes mocking reference to Nancy Pelosi after husband violently attacked**

Former president rumoured to be launching campaign a week after the midterm cycle ends

11/6/22, 6:13 PM
Drake and 21 Savage land on cover of Vogue
Case 1:22-cv-09517   Document 2-5   Filed 11/07/22   Page 7 of 49



58m ago



**The Independent**

### Facebook parent Meta

The company posted weak results and saw ...

58m ago

f



**Ad • Cultureess**                                    •••

### Lady Doesn't Tip Waiter Later Realized What Left

Woman refuses to tip waiter but didn't realize what she left at the table



**CBS News**

### 5 killed in fiery freeway crash north of Los Angeles, police say

The crash occurred on the Pacific Coast Highway in Ventura County.

1h ago



**CBS News**

### 9 people wounded in shooting outside Philadelphia bar, police say

Police do not yet have a motive for the shooting.

1h ago



**The Independent**

### Glastonbury 2023 - updates: Festival fans rage as tickets sell out amid 'technical issue'

As predicted, it's been the most stressful morning of the year

1h ago



**Ad • Microsoft**                                    •••

### Strengthen security right out of the box

Powerful protection includes enhanced phishing safeguards, passwordless security, and more control over apps and access anywhere.



**Politico**

### Cotton passes on 2024 presidential run after considering campaign

The Arkansas senator has been preparing for a potential run, including making repeated visits to Iowa and New Hampshire.

1h ago

**The Telegraph**

### Boris Johnson will urge world to keep net zero plan in Cop27 speech

Boris Johnson will use his appearance at the Cop27 climate summit on Monday to warn against the "nay sayers" who threaten his net zero ambitions.

11/6/22, 6:13 PM
Drake & 21 Savage land cover of 'Vogue'
Case 1:22-cv-09517   Document 2-5   Filed 11/07/22   Page 8 of 49



1h ago



**The Telegraph**
**SAS Rogue Heroes,**

No military unit inspires such breathless…

1h ago

f



Ad • RateZip Deposits                    •••

**2022's Top CD Rates**

Earn Higher Interest Rates and Maximize Your Savings. Compare Current Bank Savings & Money Market Account Interest Rates on RateZip.com



**The Independent**
**The Handmaid's Tale season 5: The 4 biggest talking points from episode 3**

The only thing June wants is Hannah, and the only thing that interests her beyond Hannah is her hatred of Serena

1h ago



**USA TODAY**
**Oklahoma town celebrates its 'A Christmas Story' ties with new 50-foot leg lamp statue**

The centerpiece of a new park in Chickasha is a towering re-creation of the "A Christmas Story" leg lamp, complete with a box marked "fragile."

1h ago



**The Independent**
**Mum feared her toddler's life was ruined after boiling pan fell on him**

Michelle Whalley, 47, and her son Charlie now want to help other young burns survivors

1h ago

# Drake & 21 Savage Land Vogue Cover Ahead Of Collab Album 'Her Loss'



By: London Jenn     •     Category: News     •     October 31, 2022



Enjoy one complimentary night for every three consecutive nights in a suite          THE [           ]
N [  ]
ROLL[  ]
BO [  ]

21 Savage covers his face while Drake pouts for the camera as the rappers graced the cover of Vogue magazine's October edition.



**Play Drake**

on Amazon Music Unlimited (ad)

While Drake and 21 Savage delayed the release of their upcoming surprise album *Her Loss* earlier this week, the rollout continues with the two rappers appearing on the cover of iconic fashion bible *Vogue*.

# FEATURED VIDEOS



The Toronto native announced they were **pushing back the project** just a week after announcing the **surprise collaboration**. Drake revealed via his Instagram Story that his longtime producer Noah "40" Shebib, contracted covid during the middle of album production.

Drake & 21 Savage Land Their Vogue Cover Ahead of Their Album 'Her Loss' - AllHipHop

However, according to Drake, 40 is "resting up," and *Her Loss* is due to arrive later this week on Friday, Nov. 4.

Drake and 21 Savage took to Instagram to share a joint post marking their "historic moment" with ***Vogue***.

Me and my brother on newsstands tomorrow!!," the caption read. "Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment."



**champagnepapi** and **21savage**
124M followers

View profile



**View more on Instagram**

866,533 likes

**champagnepapi**

Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment

Her Loss Nov 4th

view all 113 comments

Add a comment...

Drake & 21 Savage Land Vogue Cover Ahead of Their Album Class of hip-Hop

Meanwhile, after teaming up **with 21 Savage earlier this month for homecoming**, Drake reunited with his Cash Money Records mentor, Lil Wayne, at Lil WeezyAna Fest in New Orleans this weekend.

After entertaining the audience with his headlining set, Lil Wayne introduced a surprise guest. "Can you please make some noise for this foreigner? Let's show him a good time in America," Weezy said before Drake joined him onstage.

"New Orleans is one of the few cities that shaped my career," Drake told the crowd, paying homage to the city.



Drake had a busy weekend as he was also on hand to celebrate 21 Savage's 30th birthday. The Saint Laurent Don took over Underground Atlanta Sunday night with his second annual Freaknik-themed bash.

Case 1:22-cv-00983 Document 2-7 Filed 11/07/22 Page 14 of 49

He partied alongside a star-studded guest list that included his rumored boo, Latto. Also in attendance were Lizzo Reginae Carter, Lakeyah, and Teyana Taylor.

Drake & 21 Savage Land Vogue Cover Ahead Of Collab Album Loss Of Hip-Hop



**21savage**
14.1M followers

View profile



**View more on Instagram**

**Latto's Destiny** 🎞️
@LattosDestiny

🎥| @Latto and @Lizzo was cutting it up at FreakNik '22 😍
https://t.co/Zw2xMFOGhR



2:07 AM · Oct 23, 2022

♡ 185    💬 37

**Drake Direct**
@DrakeDirect_

Drake at 21s FreakNik birthday party
https://t.co/kWVZcHA01r

11/6/22, 6:15 PM
Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 17 of 49
Drake & 21 Savage Land Vogue Cover Ahead of Collab Album - Loss of A Hip Hop

3:52 AM · Oct 23, 2022

♡ 1.0K     💬 141

Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 18 of 49

# Conversation

Commenting as **Guest**

🔔 Log in  Sign up

Be the first to comment...

📷  GIF

Powered by ⚙ OpenWeb

Terms | Privacy | Feedback



**Titanic: The Exhibition - Los Angeles**

Los Angeles
17.70$

**Book now**

AdChoices ▷                                                    Sponsored

Posted in News Tagged 21 Savage, Drake, Vogue

Advertise     The Ill Community     About Us     DMCA     Privacy Policy     Certified MBE

Contact Us

Copyright © 2022 AllHipHop.com LLC 2022-Infinity



# DRAKE & 21 SAVAGE COVER 'VOGUE' MAGAZINE AHEAD OF 'HER LOSS' ALBUM

Published on: Oct 31, 2022, 12:23 PM PDT
by **Michael Saponara**



Drake and 21 Savage have covered the latest issue of *Vogue* alongside one another as their *Her Loss* joint project is set to arrive later this week.



NEWS    REVIEWS    RELEASES    DX AWARDS    MORE

Prince Williams/Wireimage

The 6 God debuted the *Vogue* cover on his Instagram with a post on Sunday (October 30).

"Me and my br other on newsstands tomorrow," he wrote. "Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment Her Loss Nov 4th."



champagnepapi and 21savage
124M followers

View profile

View more on Instagram

866,546 likes

**champagnepapi**

Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment

Her Loss Nov 4th

view all 113 comments

Add a comment...

Drake gave *Vogue* a shout-out on the 21 Savage-assisted "Jimmy Cooks" which landed on his *Honestly, Nevermind* album in June and topped the Billboard Hot 100.

*"Bitch, don't tell me that you model if you ain't been in Vogue,"* he raps.

Drake and 21 Savage announced their *Her Loss* joint project in the "Jimmy Cooks" video on October 22. The album was slated to arrive on (October 28) but with Noah "OVO 40" Shebib contracting COVID-19 last week, Drizzy decided to push the album back to November 4.

The pair joined forces on numerous occasions in the past, such as 2021's "Knife Talk," 2020's "Mr. Right Now," and 2016's "Sneakin'."

Earlier this month (October 19), 21 Savage surprised the crowd at the Morehouse-Spelman homecoming concert at the Forbes Arena in Atlanta by having Drake pop up to perform "Jimmy Cooks" live for the first time.



RELATED NEWS

DRAKE TELLS LIL WAYNE HE'S UPSET HE DIDN'T SING 'MRS. OFFICER' AT LIL WEEZYANA FEST

OCTOBER 31, 2022

The 6 God also treated fans at the event to a performance of "Nonstop" off his 2018 album *Scorpion*.

Look for *Her Loss* to arrive on November 4.

## Subscribe to DX Newsletter

Get The Most Important Stories Of The Day Straight To Your Inbox

Enter Your Email

Subscribe

## MORE ON **HIPHOPDX**


DR. DRE INDUCTS EMINEM INTO ROCK HALL OF FAME
NEWS | NOV 6, 2022


DRAKE HONORS 'LEGENDARY' TAKEOFF DURING 'TABLE FOR ONE' RADIO SHOW
NEWS | NOV 6, 2022


YUNG MIAMI GIFTS DIDDY A DIAMOND-FLOODED CHAIN FOR HIS 53RD BIRTHDAY
NEWS | NOV 6, 2022

## WATCH ON **HIPHOPDX**

# DX COMMUNITY

0 Readers Joined the Discussion

Join the discussion

Name

E-mail

Post Comment

Order Comments By     ⓘ Latest     |      Fire



f  𝕏  📷  ▶

Copyright © 2022 HipHopDX

All Rights Reserved

Contact Us

>

VIEW _the_ VIBE

Entertainment

# Drake and 21 Savage are Vogue's new cover stars

October 31, 2022 · Mursal Rahman



Drake and 21 Savage's new album Her Loss is not the only thing that's coming out this week. The rapper posted that the duo is Vogue's October cover star. He captioned the photo of their new

11/6/22, 6:17 PM

Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 27 of 49
Drake and 21 Savage are Vogue's new cover stars - View the Vibe Toronto

VIEW the VIBE

Anna Wintour for the love and support on this historic moment."

Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 28 of 49

# VIEW *the* VIBE



View more on Instagram

866,564 likes

Add a comment...

On the cover of the magazine, you can see a line from 21 Savage that says, "You have to be political." This special edition of Vogue's October issue will be available at various locations across

11/6/22, 6:17 PM
Drake and 21 Savage are Vogue's New Cover Stars - View the Vibe Toronto
Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 29 of 49



# VIEW the VIBE

line that mentions Vogue. The line from the song is, "Bitch, don't tell me that you model if you ain't been in *Vogue*."



Drake and 21 Savage are Vogue's New Cover Stars | View the Vibe Toronto



# VIEW the VIBE

cover.

ADVERTISEMENT



Bamboo Tattoo
TORONTO'S LUXURY TATTOO STUDIO
LEARN MORE

LIKE                    TWEET              

## Related Topics

#21 Savage    #Drake    #Her Loss



**Mursal Rahman**

11/6/22, 6:17 PM
Drake and 21 Savage are Vogue's new cover stars - View the VIBE Toronto
Case 1:22-cv-09517- Document 2-7 Filed 11/07/22 Page 31 of 49



VIEW the VIBE

discover and share the best tips and tricks with the world. In her spare time she binge-watches TV shows, likes to spend money on things she doesn't need, and is always contemplating whether or not to UberEats Mcdonalds.

# Be in the Know

Get in on what's hot in the city, from things to do, where to see and be seen, new hotspots, events + more. Get on the list.

Enter your email

SUBSCRIBE

# You May Also Like



Entertainment, Things to do

**A Disney immersive experience is coming to Toronto this year**



Entertainment

**Owner of popular cookie shop has launched a new non-profit organization in Toronto**



Entertainment, S

**Meet the CEO of t based sports bet hosting tailgates ac**



**Day of the Dead**

NOV
**6**    🔖 October 31 @ 12:00 pm - November 27 @ 10:00 pm

**Mean Girls: The Musical**

NOV
**17**   🔖 November 17 @ 10:00 am - December 24 @ 7:00 pm

**The annual Distillery Winter Village**

View Calendar

# November Cover

Coming soon, check back soon for updates. #VIBEfeatures











Book direct to enjoy Peninsula T
flexible check-in and check-out p

# Latest Video







**VIDEO: Check Out the VIBE inside Casa Madera**

April 6, 2022

LOAD MORE



Drake and 21 Savage are Vogue's New Cover Stars - View the VIBE Toronto







# Advertise

Learn about our
partnership opportunities.

INQUIRE NOW

# News

**Provided by Cision**

 **Cadillac Fairview retail and office properties serve as inspirational gathering places to promote arts, culture and education**
TORONTO, November 4, 2022 10:00 AM

 **Federal Government's Fall Economic Statement 2022 Fails To Address Real Challenges of Canadians**
TORONTO, November 3, 2022 5:40 PM

 **McDonald's marks its 55th year in Canada with the first ever Gallery of Little Big Things exhibition**
TORONTO, November 3, 2022 2:14 PM

 **New exhibition Indigenous Ingenuity: An Interactive Adventure now open at the Ontario Science Centre**
TORONTO, November 3, 2022 10:58 AM

11/6/22, 6:17 PM
Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 37 of 49
Drake and 21 Savage are Vogue's New Cover Stars : View the Vibe Toronto



# VIEW the VIBE



# Happening This Week

| | MON **31** | TUE **1** | WED **2** | THU **3** | FRI **4** | SAT **5** | SUN **6** |
|---|---|---|---|---|---|---|---|

Ongoing



June 11, 2022 @ 8:00 am - January 1, 2023 @ 5:00 pm

**Fantastic Beasts™: The Wonder of Nature comes to ROM**

**Royal Ontario Museum**

11/6/22, 6:17 PM
Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 38 of 49
Drake and 21 Savage are Vogue's new cover stars | View the Vibe Toronto




# VIEW the VIBE



July 14, 2022 @ 10:00 am - January 2, 2023 @ 8:00 pm

## The FRIENDS™ Experience

**Yorkdale Shopping Centre** Toronto

Drake and 21 Savage are Vogue's new cover stars - View the Vibe Toronto







October 8, 2022 @ 8:00 am - March 18, 2023 @ 5:00 pm

**ROM Exhibition by Cree Artist Kent Monkman**

**Royal Ontario Museum**

11/6/22, 6:17 PM
Drake and 21 Savage are Vogue's new cover stars | View the Vibe Toronto
Case 1:22-cv-09517 Document 2-7 Filed 11/07/22 Page 40 of 49




# VIEW the VIBE



October 15 @ 12:00 pm - November 13 @ 5:00 pm

## Cinderella: The Family Musical Panto

**Wychwood Theatre** 76 Wychwood Ave, Toronto

11/6/22, 6:17 PM
Case 1:22-cv-09517  Document 2-7  Filed 11/07/22  Page 41 of 49
Drake and 21 Savage are Vogue's new cover stars - View the Vibe Toronto




# VIEW the VIBE



October 22 @ 10:00 am - November 27 @ 11:00 am

### Wake Up, Brother Bear

**Wychwood Theatre** 76 Wychwood Ave, Toronto



🔖 October 24 @ 12:00 pm - November 6 @ 11:00 pm

### Day of the Dead

**Chotto Matte** Toronto

11/6/22, 6:17 PM
Case 1:22-cv-09517  Document 2-7  Filed 11/07/22  Page 42 of 49
Drake and 21 Savage are Vogue's New Cover Stars - View the Vibe Toronto



# VIEW the VIBE





🔖 October 31 @ 12:00 pm - November 27 @ 10:00 pm

## Mean Girls: The Musical

**Ed Mirvsh Theatre** 189 Church, Toronto

+ 6 More

View Calendar







# Subscribe

Don't miss out. Get on our list now!

| Enter your email | | SUBSCRIBE |









VIEW the VIBE

Advertising      Masthead      Submit an Event      Send a Story Tip      Legal
        © STAMINA Group Inc.

The leading VIBE authority of The 6ix.

GOSSIP

# Drake & 21 Savage Make History On The Cover Of "Vogue"

Oct 31 2022 9:40 am



By Hayley Hynes

*Bitch, don't tell me that you model if you ain't been in "Vogue."*

**D**rake and **21 Savage** fans didn't hold back on expressing their disappointment last Friday (October 28) when the long-time collaborators shared the news that their

surprise collaborative project, *Her Loss*, has been **delayed for one more week** due to an unexpected bout of COVID-19 for their producer, 40.

While they've since confirmed that we'll be hearing the highly anticipated album this coming Friday (November 4), in the meantime, Drizzy has shared the exciting news that he and the Saint Laurent Don will be the ones to grace the cover of the latest



"Me and my brother on newsstands tomorrow," the father of one shared via his Instagram feed on Sunday (October 30), providing his 123M followers with a sneak peak of the shoot, which finds the "Jimmy Cooks" artists wearing all black ensembles, 21 covering his face with his hand while Drake looks on from behind.

"Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment," the Canadian continued, before reminding readers that the duo's joint record will be dropping in just a few days.

The accompanying cover story has yet to be released, but when it is, you can rest

assured it will be loaded with all kinds of juicy information about the prolific rhymers and their work – both past, present, and future.



champagnepapi and 21savage
124M followers                    View profile

View more on Instagram

866,572 likes
champagnepapi

Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment

Her Loss Nov 4th

view all 113 comments

Add a comment...

Aside from landing on the cover of *Vogue*, both Drake and 21 Savage have been busy celebrating their birthdays over the past week or so, with the **latter turning 36 on October 24th**, while the former turned 30 on October 22nd and celebrated with a **Freaknik-themed party** for the second year in a row.

Champagne Papi was also spotted down in New Orleans this past weekend, where he **surprised patrons at Lil Wayne's Lil WeezyAna Festival**, not hesitating to call out the **Young Money** boss for failing to uphold their old tradition of bringing the *Degrassi* alum out onstage to sing "Mrs. Officer."

Check out Drake's unexpected appearance below, and tap back in with *HNHH* later for more hip-hop news updates.



Drake Crowd Takes Over While He Performs Live …

**[Via]**

**Tags**

21 SAVAGE   ALBUM ROLLOUT   COVER SHOOT   DRAKE   VOGUE

## SIGN UP

### Get the HOTTEST Music, News & Videos Delivered Weekly.

Type your email here

**SUBSCRIBE**

News   Top 100   Features   Videos   Artists

Terms of Service   |   Privacy Policy

About   |   Contact   |   Careers   |   Staff