# EXHIBIT H

🔒 PageVault

| | |
|---|---|
| Document title: | Stories • Instagram |
| Capture URL: | https://www.instagram.com/stories/champagnepapi/2963893640603758190/ |
| Page loaded at (UTC): | Fri, 04 Nov 2022 14:49:27 GMT |
| Capture timestamp (UTC): | Fri, 04 Nov 2022 14:52:06 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a445035c-7719-43a0-ad55-d0917881490d |
| User: | loeb-jgorruso |

PDF REFERENCE #:    1rxb2vroU6aDGHy6qm8kK5



Document title: Stories • Instagram
Capture URL: https://www.instagram.com/stories/champagnepapi/2963893640603758190/
Capture timestamp (UTC): Fri, 04 Nov 2022 14:52:06 GMT

Case 1:22-cv-09517   Document 2-8   Filed 11/07/22   Page 4 of 6

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Stories • Instagram |
| Capture URL: | https://www.instagram.com/stories/21savage/2963575390645769477/ |
| Page loaded at (UTC): | Fri, 04 Nov 2022 18:31:47 GMT |
| Capture timestamp (UTC): | Fri, 04 Nov 2022 18:32:11 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 18.232.223.200 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 91f5ecd3-022c-4214-9133-ca856c178c1b |
| User: | loeb-jgorruso |

PDF REFERENCE #:        mQYcfp4qeoFFq5QXegRpty

