**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
                                         :

ADVANCE MAGAZINE PUBLISHERS INC.     :
d/b/a CONDÉ NAST,                            :

                                       :   No. _____

                Plaintiff,           :

                                       :

          -against-           :   **NOTICE OF APPEARANCE**

AUBREY DRAKE GRAHAM p/k/a DRAKE,   :
SHÉYAA BIN ABRAHAM-JOSEPH p/k/a    :
21 SAVAGE, and HILTZIK STRATEGIES, LLC, :

                                       :

             Defendants.         :

                                       :
-------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Frank D. D'Angelo of Loeb & Loeb LLP hereby appears in this action on behalf of Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast, and demands that a copy of all notices and other papers in this action be served upon him at the mailing address or email address below.

Dated:   New York, New York
         November 7, 2022

                                  **LOEB & LOEB LLP**

                            By:   */s/ Frank D. D'Angelo*
                                 Frank D. D'Angelo
                                 345 Park Avenue
                                 New York, NY 10154
                                 (212) 407-4000
                                 fdangelo@loeb.com

                               *Attorneys for Plaintiff Advance Magazine*
                               *Publishers Inc. d/b/a Condé Nast*

23113858