UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ADVANCE MAGAZINE PUBLISHERS INC.
d/b/a CONDÉ NAST,

        Plaintiff,

     -against-

AUBREY DRAKE GRAHAM p/k/a DRAKE,
SHÉYAA BIN ABRAHAM-JOSEPH p/k/a
21 SAVAGE, and HILTZIK STRATEGIES, LLC,

        Defendants.

-----------------------------------------------------------X

No. _____

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Mary Jean Kim of Loeb & Loeb LLP hereby appears in this action on behalf of Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast, and demands that a copy of all notices and other papers in this action be served upon her at the mailing address or email address below.

Dated:  New York, New York
         November 7, 2022

                                  **LOEB & LOEB LLP**

                              By:  */s/ Mary Jean Kim*
                                      Mary Jean Kim
                                      345 Park Avenue
                                      New York, NY 10154
                                      (212) 407-4000
                                      mjkim@loeb.com

                                  *Attorneys for Plaintiff Advance Magazine*
                                  *Publishers Inc. d/b/a Condé Nast*

23113933