UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,

    *Plaintiff*,

v.

AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, and HILTZIK STRATEGIES, LLC,

    *Defendants*.

---

No. _____

**PLAINTIFF ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDÉ NAST'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast ("Condé Nast"), by and through its counsel, hereby discloses that Advance Publications, Inc. is the indirect corporate parent of Condé Nast and no publicly held corporation owns any of its stock.

Dated:   New York, New York
           November 7, 2022

Respectfully Submitted,

LOEB & LOEB LLP

By:    */s/ Wook Hwang*
       Wook Hwang
       Frank D. D'Angelo
       Mary Jean Kim
       David Forrest
       345 Park Avenue
       New York, NY 10154
       Telephone: 212.407.4000

*Attorneys for Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast*

23093379