# EXHIBIT A

🔒 PageVault

| | |
|---|---|
| Document title: | (2) Drake Related on Twitter: "Newsstands tomorrow @Drake @21savage Thanks to @voguemagazine and Anna Wintour for the love and support on this historic moment #HerLoss Nov 4th https://t.co/xxX345GHO6" / Twitter |
| Capture URL: | https://twitter.com/drakerelated/status/1586852959811346432?cxt=HHwWgICpxYCX0YUsAAAA |
| Page loaded at (UTC): | Sat, 05 Nov 2022 14:12:38 GMT |
| Capture timestamp (UTC): | Sat, 05 Nov 2022 14:14:23 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 18.205.166.195 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 5892467b-7667-42d0-b4da-5411c5d91275 |
| User: | loeb-jgorruso |

PDF REFERENCE #:   cwxZYgENX9PTe7Si7vq9cp

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Josh Gorruso
@jgorruso

← Tweet

**Drake Related** @drakerelated

Newsstands tomorrow @Drake @21savage

Thanks to @voguemagazine and Anna Wintour for the love and support on this historic moment

#HerLoss Nov 4th

10:50 PM · Oct 30, 2022 · Twitter for iPhone

**114** Retweets **24** Quote Tweets **561** Likes

Tweet your reply
Reply

**El Zee** @Vivir_Mi_Vida · Oct 30
Replying to @drakerelated @Drake and 2 others
Don't tell me that you model If you ain't been in Vogue🐐🔥🔥🔥🔥🔥🔥🔥
6

**Drake Direct** @DrakeDirect_ · Oct 30
Replying to @drakerelated @talented_genius and 3 others
Cover Boy
1 2 12

**Can't go 50/50 wit no HOE** @talented_genius · Oct 30
Replying to @DrakeDirect_ @drakerelated and 3 others
Legendary shit 🙂🤯
3

**Yourfriend** @Yourfri73202110 · Oct 30
Replying to @drakerelated @ANTIOVO and 3 others
Night owl

**Yourfriend** @Yourfri73202110 · Oct 30
Replying to @drakerelated @ANTIOVO and 3 others
Got to throw a party for my day ones.
1

**Yourfriend** @Yourfri73202110 · Oct 30
Replying to @drakerelated @ANTIOVO and 3 others
Spin the block twice like.....

**Vinícius Silva** @vnxsilva · Oct 30
Replying to @drakerelated @Drake and 2 others
🐐🐐

**Fred's Biggest and Sexiest Fan** @23fvv23 · Nov 1
Replying to @drakerelated @Drake and 2 others
If anyone is selling hit me up

Search Twitter

**Relevant people**

**Drake Related** @drakerelated
Follow
Official page for Drake Related updates. #DrakeRelated

**Drizzy** @Drake
Follow

**Saint Laurent Don** @21savage
Follow
TheBig4L

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections 🇺🇸

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
Sweeney
7,754 Tweets

Sports · Trending
Tatum
11.8K Tweets

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Messages

← Tweet

**Fred's Biggest and Sexiest Fan** @23fvv23 · Nov 1
Replying to @drakerelated @Drake and 2 others
If anyone is selling hit me up

**Adrian Alvarez** @alvarez_LH · Nov 2
Replying to @drakerelated @Drake and 2 others
the kid at 'Canal Convince Store' (240 Canal St) has a couple boxes full of copies he's trynna get rid of. just got 3 for $20 each

**IvanStepanov** @IvanMindalik · Nov 1
Replying to @drakerelated @Drake and 2 others
If someone selling this and have a possibility to deliver to Thailand , i'm going to buy it with good 💰
2

**Je (the originator)** @TheRealJMAEL · Nov 1
Replying to @IvanMindalik @drakerelated and 3 others
how much would you spend?
2

**IvanStepanov** @IvanMindalik · Nov 2
Replying to @TheRealJMAEL @drakerelated and 3 others
50$

**peeingBoy** @anelectronicmad · Oct 31
Replying to @drakerelated @Drake and 2 others
Please speak up for #TumajSalehi , the courageous rapper now incarcerated and enduring horrendous torture because he supported Iranian demonstrators. #MahsaAmini #توماج_صالحی #مهسا_امینی

**Vins Ribes** @RibeVins · Nov 3
Replying to @drakerelated @Drake and 2 others
Hi,
I ordered on 1st july 2022 : Order #NOC30354
but the order came back to you, i never received my shoes !!!

vincentribes@gmail.com

Best regards,

Vincent Ribes @Nike @nikestore @nikebasketball @NikeNYC @OfficialNocta @Drake @drakerelated

## More Tweets

**Hasbulla** 🐐 @HasbullaHive · 21h
Her Loss

1,106 33.9K 344.3K

Show this thread

**Sneaker News** @SneakerNews · 17h
Air Jordan 4 "Snorlax" Concept

**Relevant people**

**Drake Related** @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

**Drizzy** @Drake Follow

**Saint Laurent Don** @21savage Follow
TheBig4L

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections 🇺🇸

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
Sweeney
7,754 Tweets

Sports · Trending
Tatum
11.8K Tweets

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Josh Gorruso @jgorruso

Messages

Sneaker News @SneakerNews · 11h
Air Jordan 4 "Snorlax" Concept

760 19.1K 176.8K

Show this thread

Daily Loud @DailyLoud · 23h
This man made an incredible Takeoff mural out of just clothes🔥🙏✨

386 12K 123.1K

Show this thread

Odell Beckham Jr @obj · 13h
DRAKE is just….. I mean Ion even kno what to say anymore. 🤮

1,949 12.5K 106.4K

Drizzy @Drake · 15h
HER LOSS Available Everywhere 🗡️🦉 drake.lnk.to/HerLoss

1,256 7,306 51.8K

SAY CHEESE! 👄🧀 @SaycheeseDGTL · 17h
Ice Spice responds to Drake.

"She a 10 tryna rap, she good on mute"

746 2,533 45.6K

RapTV @Rap · 22h
Describe Drake and 21 Savage's album in ONE word 👀‼️

Tweet

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Josh Gorruso 🔒
@jgorruso

Search Twitter

## Relevant people

Drake Related @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

Drizzy @Drake Follow

Saint Laurent Don @21savage Follow
TheBig4L

## What's happening

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections 🇺🇸

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
Sweeney
7,754 Tweets

Sports · Trending
Tatum
11.8K Tweets

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Josh Gorruso
@jgorruso

Tweet

5,715 3,822 44.1K

Metro Boomin @MetroBoomin · 16h
Heroes & Villains 12/2/22
358 6,408 42.5K

rr ~ @tize4PF · 21h
21 CAN YOU DO SOME FA ME

136 4,551 42.2K

Hot Freestyle @HotFreestyle · 9h
Lil Yachty reveals Drake's controversial line on his new album is not directed at Megan Thee Stallion but is about women lying about BBLs

258 2,118 18K

d. @_312DARIUS · 19h
That first listen of Digital Dash is sumn I'll never get back
48 3,702 14.3K

AS @AnujSha113 · 23h
Megan Thee Stallion:
Drake has to use my name for clout!

Drake in reality:

Search Twitter

**Relevant people**

Drake Related @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

Drizzy @Drake Follow

Saint Laurent Don @21savage Follow
TheBig4L

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
Sweeney
7,754 Tweets

Sports · Trending
Tatum
11.8K Tweets

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2022 Twitter, Inc.

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

AS @AsuiSha113 · 23h

Drake has to use my name for clout!

Drake in reality:

142 2,340 13.6K

**DJ Akademiks** @Akademiks · 10h

Yachty addressed the Meg diss and said drake didn't intend to diss meg it was bout BBL's and girls lying bout getting surgery

379 1,999 11.3K

**Tory Lanez** @torylanez · 14h

at home praying more .. eating healthier ... gettin my life together spiritually , mentally and physically ... it's bringing me peace in its entirety.... I'm extremely thankful for this . Much love umbrellas ❤️

215 1,255 8,856

**SK⚡** @raptalksk · 13h

this is definitely drake's best album since more life

143 421 7,405

**Complex Music** @ComplexMusic · 20h

Drake & 21 Savage now control the entire top 15 on Apple Music US #HerLoss 🦉🗡️

**US Apple Music Top Songs | 13:02 EDT | All charts**

Get up to $2,000* when you switch to Coast Capital. coast

| Pos | P+ | Artist - Title |
|---|---|---|
| 1 | NEW | Drake & 21 Savage - Rich Flex |
| 2 | NEW | Drake & 21 Savage - Major Distribution |
| 3 | NEW | Drake & 21 Savage - On BS |
| 4 | NEW | Drake - BackOutsideBoyz |
| 5 | NEW | Drake & 21 Savage - Spin Bout U |
| 6 | NEW | Drake & 21 Savage - Privileged Rappers |
| 7 | NEW | Drake & 21 Savage - Hours In Silence |
| 8 | NEW | Drake & 21 Savage - Circo Loco |
| 9 | NEW | Drake & 21 Savage - Pussy & Millions (feat. Travis Scott) |
| 10 | NEW | Drake & 21 Savage - Treacherous Twins |
| 11 | NEW | Drake & 21 Savage - Broke Boys |
| 12 | NEW | Drake - Middle of the Ocean |
| 13 | NEW | Drake - I Guess It's F**k Me |
| 14 | NEW | Drake & 21 Savage - More M's |
| 15 | NEW | Drake - Jumbotron Shit Poppin |
| 16 | -15 | Taylor Swift - Anti-Hero |
| 17 | NEW | 21 Savage - 3AM on Glenwood |

54 934 6,370

**INSTA: @gossipofthecitytea** @GOTCITYTEA · 15h

I doubt @Drake was coming for Meg The Stallion in all honest. It's more for the women who lied about body shots or surgery IMO. He just played on words and she fell for it.

294 1,239 4,682

**chart data** @chartdata · 21h

.@Drake and @21savage now occupy the entire top 15 on US Apple Music with songs from 'Her Loss'.

140 815 4,553

Search Twitter

**Relevant people**

**Drake Related** @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

**Drizzy** @Drake Follow

**Saint Laurent Don** @21savage Follow
TheBig4L

**What's happening**

US elections · LIVE
**Voters look ahead to the upcoming 2022 midterm elections** 🇺🇸

**#BountyRush_FILMRED**
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
**Sweeney**
7,754 Tweets

Sports · Trending
**Tatum**
11.8K Tweets

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Josh Gorruso @jgorruso

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← Tweet

**chart data** @chartdata · 21h
.@Drake and @21savage now occupy the entire top 15 on US Apple Music with songs from 'Her Loss'.
140 · 815 · 4,553

**Drake Direct** @DrakeDirect_ · 16h
Drake and 21 Savage at their album release party last night in Miami

Drizzy and Saint Laurent Don
19 · 376 · 3,529

**Alijah** @Drakesoldmore · 18h
Drake named the album Her loss and y'all surprised he's dissing women
39 · 454 · 3,434

**Ahmed/The Ears** @big_business_ · 18h
Not trying to hear Drake sing about his Roth IRA

> **Jermaine Jupiter | The Jobfather™** ... @JermaineJup... · Nov 4
> Drake needs to just give up and mature. Please drop an album about Fatherhood and paying taxes dawg.
> Show this thread

29 · 545 · 3,073

**Anthony D'Aliesio** @anthonydaliesio · 23h
Drake's best album since More Life?

203 · 179 · 2,865

**it's T** ★ @TT_FromMTV3 · 21h
Nobody

Drake on Her Loss

From find a reaction
21 · 636 · 2,765

**Toronto Raptors** @Raptors · 19h
Shootaround this morning was pretty much a @Drake listening party

**Josh Gorruso** @jgorruso

Search Twitter

## Relevant people

**Drake Related** @drakerelated · Follow
Official page for Drake Related updates. #DrakeRelated

**Drizzy** @Drake · Follow

**Saint Laurent Don** @21savage · Follow
TheBig4L

## What's happening

US elections · LIVE
**Voters look ahead to the upcoming 2022 midterm elections** 🇺🇸

**#BountyRush_FILMRED**
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
**Sweeney**
7,754 Tweets

Sports · Trending
**Tatum**
11.8K Tweets

War in Ukraine · LIVE
**Latest updates on the war in Ukraine**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

Toronto Raptors @Raptors · 19h
Shootaround this morning was pretty much a @Drake listening party

Drizzy and Jeff Dowtin Jr

48 345 2,506

Search Twitter

**Relevant people**

Drake Related @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

Drizzy @Drake Follow

Saint Laurent Don @21savage Follow
TheBig4L

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections 🇺🇸

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Trending
Sweeney
7,754 Tweets

Sports · Trending
Tatum
11.8K Tweets

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Josh Gorruso @jgorruso

Messages













