# EXHIBIT B

| | |
|---|---|
| Document title: | champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment Her…" |
| Capture URL: | https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd |
| Page loaded at (UTC): | Tue, 01 Nov 2022 16:39:51 GMT |
| Capture timestamp (UTC): | Tue, 01 Nov 2022 16:45:03 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | f7ad6462-59d7-4488-9d2e-a68390231509 |
| User: | loeb-jgorruso |

PDF REFERENCE #:     hY4N614wfNZzSBJ3tJsryh

**champagnepapi** and **21savage**

**champagnepapi** ✓ Me and my brother on newsstands tomorrow!!

Thanks @voguemagazine and Anna Wintour for the love and support on this historic moment

Her Loss Nov 4th

Edited · 1d

**clubgodzilla** ✓ Don't tell me you a model if you ain't been in Vogue 🔥
1d  1,617 likes

**lethalshooter** ✓ Keep winning! This 🔥🔥🔥🔥



Document title: champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on…
Capture URL: https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&amp;ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd
Capture timestamp (UTC): Tue, 01 Nov 2022 16:45:03 GMT

Page 1 of 8



Document title: champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on…
Capture URL: https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&amp;ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd
Capture timestamp (UTC): Tue, 01 Nov 2022 16:45:03 GMT
Page 2 of 8









Document title: champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on…
Capture URL: https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&amp;ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd
Capture timestamp (UTC): Tue, 01 Nov 2022 16:45:03 GMT
Page 6 of 8



Document title: champagnepapi on Instagram: "Me and my brother on newsstands tomorrow!! Thanks @voguemagazine and Anna Wintour for the love and support on…
Capture URL: https://www.instagram.com/p/CkWsPPwu-qa/?utm_source=ig_embed&amp;ig_rid=5ebb104a-0f12-4565-9420-35e9e43376cd
Capture timestamp (UTC): Tue, 01 Nov 2022 16:45:03 GMT
Page 7 of 8



### More posts from champagnepapi








Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite   Contact Uploading & Non-Users

English   © 2022 Instagram from Meta