# EXHIBIT  D

**Page Vault**

| | |
|---|---|
| Document title: | (2) Drake Related on Twitter: "https://t.co/VpJon5RndW" / Twitter |
| Capture URL: | https://twitter.com/drakerelated/status/1586860852233195522?cxt=HHwWhMCq1bPi1IUsAAAA |
| Page loaded at (UTC): | Sat, 05 Nov 2022 14:15:07 GMT |
| Capture timestamp (UTC): | Sat, 05 Nov 2022 14:16:03 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 18.205.166.195 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 7f4cb818-fd26-46a9-8c99-d35f4efce17a |
| User: | loeb-jgorruso |

Tweet

# Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Drake Related ✔
@drakerelated
...



11:21 PM · Oct 30, 2022 · Twitter for iPhone

**80** Retweets  **10** Quote Tweets  **706** Likes

Tweet your reply                    Reply

Mr.S.Fengali @Fengali_art · Oct 30    ...
Replying to @drakerelated

GIF  ALT

                              ♡ 1

JG @joelgrandis · Oct 30    ...
Replying to @drakerelated
Any store list for the UK

El Zee @Vivir_Mi_Vida · Oct 31    ...
Replying to @drakerelated
🤨🤨🥲

Angelica Rosario @Angelic02493644 · Nov 1    ...
Replying to @drakerelated
.

**More Replies**

Kaylin @kaylinloeb_27 · Oct 30    ...
Replying to @drakerelated
Bitch don't tell me that you model! if you ain't been in vogue

Josh Gorruso 🔒
@jgorruso
...

**Relevant people**

Drake Related ✔    Follow
@drakerelated
Official page for Drake Related
updates. #DrakeRelated

**What's happening**

US elections · LIVE
**Voters look ahead to the
upcoming 2022 midterm
elections** 🇺🇸

#BountyRush_FILMRED🎥
FILM RED Uta and Luffy are Here!
☆ Promoted by ONE PIECE Bounty Rush

Sports · Trending
**Shaq**
29K Tweets

Trending
**ESPN**
Trending with Giannis, Bucks

US elections · LIVE
**New York: Election news and
updates**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

**Messages**



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← Tweet

More Replies

**Kaylin** @kaylinloeb_27 · Oct 30
Replying to @drakerelated
Bitch don't tell me that you model if you ain't been in vogue

**Ojay** @_OJAY4 · Oct 31
Replying to @drakerelated
Bixch don't tell me that you model
If you ain't Beenin Vogue

## More Tweets

**Hasbulla** @HasbullaHive · 21h
Her Loss

1,108 · 33.9K · 344.6K

Show this thread

**Sneaker News** @SneakerNews · 17h
Air Jordan 4 "Snorlax" Concept

765 · 19.1K · 177.1K

Show this thread

**Daily Loud** @DailyLoud · 23h
This man made an incredible Takeoff mural out of just clothes🔥🙏🕊️

386 · 12K · 123.2K

Show this thread

**Odell Beckham Jr** @obj · 13h
DRAKE is just..... I mean ion even kno what to say anymore. 😤

1,954 · 12.5K · 106.6K

**Drizzy** @Drake · 15h
HER LOSS Available Everywhere 🗡️ 🦉 🥀 drake.lnk.to/HerLoss

Search Twitter

### Relevant people

**Drake Related** @drakerelated
Follow
Official page for Drake Related updates. #DrakeRelated

### What's happening

US elections · LIVE
**Voters look ahead to the upcoming 2022 midterm elections** 🇺🇸

**#BountyRush_FILMRED**
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Sports · Trending
**Shaq**
29K Tweets

Trending
**ESPN**
Trending with Giannis, Bucks

US elections · LIVE
**New York: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Josh Gorruso @jgorruso

Messages



DRAKE is just..... I mean lon even kno what to say anymore.

← Tweet

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Drizzy @Drake · 15h
HER LOSS Available Everywhere drake.lnk.to/HerLoss

1,257 7,311 51.8K

SAY CHEESE! @SaycheeseDGTL · 17h
Ice Spice responds to Drake.

"She a 10 tryna rap, she good on mute"

746 2,542 45.7K

RapTV @Rap · 22h
Describe Drake and 21 Savage's album in ONE word 👀 ‼️

5,718 3,824 44.1K

Metro Boomin @MetroBoomin · 16h
Heroes & Villains 12/2/22

358 6,415 42.5K

rr ~ @tize4PF · 21h
21 CAN YOU DO SOME FA ME

**Relevant people**

Drake Related @drakerelated
Follow
Official page for Drake Related updates. #DrakeRelated

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections 🇺🇸

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Sports · Trending
Shaq
29K Tweets

Trending
ESPN
Trending with Giannis, Bucks

US elections · LIVE
New York: Election news and updates

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Josh Gorruso
@jgorruso

Messages

Tweet



♡ 137      ⟲ 4,561      ♡ 42.3K      ⬆

**Hot Freestyle** ✓ @HotFreestyle · 9h
LI Yachty reveals Drake's controversial line on his new album is not directed
at Megan Thee Stallion but is about women lying about BBLs

♡ 258      ⟲ 2,138      ♡ 18.1K      ⬆

**d.** @_312DARIUS · 19h
That first listen of Digital Dash is sumn I'll never get back

♡ 48      ⟲ 3,714      ♡ 14.4K      ⬆

**AS** @AnujSha113 · 23h
Megan Thee Stallion:
Drake has to use my name for clout!

Drake In reality:

♡ 142      ⟲ 2,342      ♡ 13.7K      ⬆

**DJ Akademiks** ✓ @Akademiks · 10h
Yachty addressed the Meg diss and said drake didn't intend to diss meg it
was bout BBL's and girls lying bout getting surgery

0:58   426.7K views

♡ 379      ⟲ 2,007      ♡ 11.4K      ⬆

**Tory Lanez** ✓ @torylanez · 14h
at home praying more .. eating healthier ... gettin my life  together spiritually
, mentally and physically ... it's bringing me peace in its entirety.... I'm
extremely thankful for this . Much love umbrellas ❤️

♡ 215      ⟲ 1,258      ♡ 8,871      ⬆

**SK⚡** @raptaliksk · 13h
this is definitely drake's best album since more life

Josh Gorruso 🔒
@jgorruso

Document title: (2) Drake Related on Twitter: &quot;https://t.co/VpJon5RndW&quot; / Twitter
Capture URL: https://twitter.com/drakerelated/status/1586860852233195522?cxt=HHwWhMCq1bPi1IUsAAAA
Capture timestamp (UTC): Sat, 05 Nov 2022 14:16:03 GMT





Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

at home praying more .. eating healthier .. gettin my life together spiritually

215 · 1,258 · 8,871

**SK** @raptalksk · 13h
this is definitely drake's best album since more life
143 · 422 · 7,420

**Complex Music** @ComplexMusic · 20h
Drake & 21 Savage now control the entire top 15 on Apple Music US #HerLoss

US Apple Music Top Songs | 13:02 EDT | All charts

Get up to $2,000* when you switch to Coast Capital.

| Pos | P+ | Artist - Title |
|---|---|---|
| 1 | NEW | Drake & 21 Savage - Rich Flex |
| 2 | NEW | Drake & 21 Savage - Major Distribution |
| 3 | NEW | Drake & 21 Savage - On BS |
| 4 | NEW | Drake - BackOutsideBoyz |
| 5 | NEW | Drake & 21 Savage - Spin Bout U |
| 6 | NEW | Drake & 21 Savage - Privileged Rappers |
| 7 | NEW | Drake & 21 Savage - Hours In Silence |
| 8 | NEW | Drake & 21 Savage - Circo Loco |
| 9 | NEW | Drake & 21 Savage - Pussy & Millions (feat. Travis Scott) |
| 10 | NEW | Drake & 21 Savage - Treacherous Twins |
| 11 | NEW | Drake & 21 Savage - Broke Boys |
| 12 | NEW | Drake - Middle of the Ocean |
| 13 | NEW | Drake - I Guess It's F**k Me |
| 14 | NEW | Drake & 21 Savage - More M's |
| 15 | NEW | Drake - Jumbotron Shit Poppin |
| 16 | -15 | Taylor Swift - Anti-Hero |
| 17 | NEW | 21 Savage - 3AM on Glenwood |

54 · 934 · 6,385

**INSTA: @gossipofthecitytea** @GOTCITYTEA · 15h
I doubt @Drake was coming for Meg The Stallion in all honest. It's more for the women who lied about body shots or surgery IMO. He just played on words and she fell for it.
294 · 1,245 · 4,692

**chart data** @chartdata · 21h
.@Drake and @21savage now occupy the entire top 15 on US Apple Music with songs from 'Her Loss'.
140 · 816 · 4,554

**Drake Direct** @DrakeDirect_ · 16h
Drake and 21 Savage at their album release party last night in Miami

Drizzy and Saint Laurent Don
19 · 376 · 3,533

**Alijah** @Drakesoldmore · 18h
Drake named the album Her loss and y'all surprised he's dissing women
39 · 454 · 3,442

**Ahmed/The Ears** @big_business_ · 18h
Not trying to hear Drake sing about his Roth IRA

> **Jermaine Jupiter | The JobfatherTM** ... @JermaineJup... · Nov 4
> Drake needs to just give up and mature. Please drop an album about Fatherhood and paying taxes dawg.
> Show this thread

29 · 545 · 3,073

**Anthony D'Aliesio** @anthonydaliesio · 23h
Drake's best album since More Life?

Josh Gorruso @jgorruso

Search Twitter

## Relevant people

**Drake Related** @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

## What's happening

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Sports · Trending
Shaq
29K Tweets

Trending
ESPN
Trending with Giannis, Bucks

US elections · LIVE
New York: Election news and updates

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2022 Twitter, Inc.

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

← Tweet

203 179 2,866

it's T ★ @TT_FromMTV3 · 21h
Nobody

Drake on Her Loss

From **find a reaction**

21 636 2,771

Toronto Raptors @Raptors · 19h
Shootaround this morning was pretty much a @Drake listening party

Drizzy and Jeff Dowtin Jr

48 345 2,509

Search Twitter

**Relevant people**

Drake Related @drakerelated Follow
Official page for Drake Related updates. #DrakeRelated

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections

#BountyRush_FILMRED
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Sports · Trending
Shaq
29K Tweets

Trending
ESPN
Trending with Giannis, Bucks

US elections · LIVE
New York: Election news and updates

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Josh Gorruso @jgorruso

Messages



Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

**Toronto Raptors** @Raptors · 19h
Shootaround this morning was pretty much a @Drake listening party

Drizzy and Jeff Dowtin Jr

48 345 2,509

Search Twitter

**Relevant people**

**Drake Related** @drakerelated
Follow
Official page for Drake Related updates. #DrakeRelated

**What's happening**

US elections · LIVE
**Voters look ahead to the upcoming 2022 midterm elections**

**#BountyRush_FILMRED**
FILM RED Uta and Luffy are Here!
Promoted by ONE PIECE Bounty Rush

Sports · Trending
**Shaq**
29K Tweets

Trending
**ESPN**
Trending with Giannis, Bucks

US elections · LIVE
**New York: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Josh Gorruso** @jgorruso

**Messages**