# EXHIBIT  E











