# EXHIBIT F

PageVault

| | |
|---|---|
| Document title: | (18) 5TH on Twitter: "Perks of livin in NYC exclusive drake x 21 vogue mag ☐ https://t.co/DhyrIhzXQe" / Twitter |
| Capture URL: | https://twitter.com/5thave_native/status/1587525896059195396/photo/1 |
| Page loaded at (UTC): | Wed, 02 Nov 2022 20:19:28 GMT |
| Capture timestamp (UTC): | Wed, 02 Nov 2022 20:22:13 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.209.162.58 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 16 |
| Capture ID: | aa3519d4-c5b6-4a8b-be1e-398a198adadb |
| User: | loeb-jgorruso |

PDF REFERENCE #: nDD7uiebepwQXer6R7FN5c


















2 15 190

5TH
@5thave_native

Perks of livin in NYC exclusive drake x 21 vogue mag 🔥

7:24 PM · Nov 1, 2022 · Twitter for iPhone

**15** Retweets **190** Likes

Tweet your reply Reply

**C.o** @penthouse_Co · 23h
Replying to @5thave_native
We need tickets to the Apollo 5th deadass
1 2

**5TH** @5thave_native · 23h
Replying to @penthouse_Co
If i dont win them shits ima have to pull up and hurt someone

**Fred's Biggest a...** @... · 20h
Replying to @5thave_native
how much for 1

2 15 190

Replying to @5thave_native
how much for 1

1

5TH @5thave_native · 19h
Replying to @23fvv23
They were $7 at the stand i went to

This Tweet was deleted by the Tweet author. Learn more

5TH @5thave_native · 21h
Replying to @Kicks_34
I got mine at forest hills 71st street magazine stand in queens

## More Tweets

Respectful ... @Respe... · 6h

r/AskReddit
Posted by [redacted] · 3h
NSFW
What's it like to have a penis?
82 210 Share
BEST COMMENTS
[redacted] · 2h
2 Awards
It's hard sometimes
603 Reply

2 · 15 · 190

77 · 3,954 · 51.2K

**Michael Sung** @Miccool · 21h
My cuts for Chainsaw man ep 4. Hope you all enjoy the show! lol

0:14 435.5K views

127 · 4,271 · 39.6K

**John Fet...** @JohnFe... · 5h
US Senate candidate, PA
Isn't it ironic that a dude with 10 houses is cool with a $7.25 minimum wage??

Let's finally Raise the Wage to $15/hr. All work has dignity. Every paycheck should too. 💯

2,639 · 6,309 · 25.3K

**braylonnn** @braylon125 · 16h
when u thought u were special to someone🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡

2 15 190

199 668 10.6K

Show this thread

**Images That Mak...** @... · 1h
oof...

46 310 8,103

**Dexerto** @Dexerto · 1h
Reportedly this is a leaked prototype of Finalmouse's new keyboard with interactive skins using Unreal Engine 5

From **Jake Lucky**

79 553 7,731

Case 1:22-cv-09517   Document 12-6   Filed 11/07/22   Page 10 of 17

Document title: (18) 5TH on Twitter: &quot;Perks of livin in NYC exclusive drake x 21 vogue mag 🔥 https://t.co/DhyrIhzXQe&quot; / Twitter
Capture URL: https://twitter.com/5thave_native/status/1587525896059195396/photo/1
Capture timestamp (UTC): Wed, 02 Nov 2022 20:22:13 GMT
Page 8 of 15



Document title: (18) 5TH on Twitter: &quot;Perks of livin in NYC exclusive drake x 21 vogue mag 🔥 https://t.co/DhyrIhzXQe&quot; / Twitter
Capture URL: https://twitter.com/5thave_native/status/1587525896059195396/photo/1
Capture timestamp (UTC): Wed, 02 Nov 2022 20:22:13 GMT
Page 9 of 15








Subway
VOGUE
"YOU HAVE TO BE POLITICAL"
21 SAVAGE
IS NOT HOLDING BACK
2
15
190
27
482
5,467
Show this thread
Damon ... @DamonT... · 23h
See, if people are falling for these accounts now... imagine what it'll be like when they have a paid-for blue check mark next to it. This is Elon's dream world and the ramifications are far beyond people thinking that 'The Sandman' was canceled.
Discussi... @Discu... · Nov 1
'THE SANDMAN' has been cancelled by Netflix after 1 season.

<4






FLO stuns for the November issue of Essence Girls United 🥰😍 This styling!!

FLO and 3 others

12 1,165 3,655

Show this thread

**StatMuse** @statmuse · 6h

Highest PER this season:

1. Luka
2. Ja
3. Giannis
4. SGA (!!!)

38 249 3,268

**Team DRE...** @TeamD... · 5h

Drake & 21 Savage album in 2 days

Need that J. Cole feature ⚡

Document title: (18) 5TH on Twitter: &quot;Perks of livin in NYC exclusive drake x 21 vogue mag 🔥    https://t.co/DhyrIhzXQe&quot; / Twitter
Capture URL: https://twitter.com/5thave_native/status/1587525896059195396/photo/1
Capture timestamp (UTC): Wed, 02 Nov 2022 20:22:13 GMT        Page 14 of 15

