# EXHIBIT I

PageVault

| | |
|---|---|
| Document title: | Drake and 21 Savage on the cover of Vogue \| Giveaway locations in TOR, LA, NYC, ATL, MIA revealed \| KTT2 |
| Capture URL: | https://ktt2.com/drake-on-the-cover-of-vogue-32535893/2 |
| Page loaded at (UTC): | Tue, 01 Nov 2022 18:39:52 GMT |
| Capture timestamp (UTC): | Tue, 01 Nov 2022 18:41:20 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.90.105.151 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | dc277d01-99a8-42f2-a673-4f7ae5c42666 |
| User: | loeb-jgorruso |

PDF REFERENCE #:     f3n4MuGeShFq4UrZxPSRye







**MrPJP**
2d · 1 reply

It's real. Also magazines can have multiple covers

**Moscato**
2d · 1 reply

> MrPJP 2d
> It's real. Also magazines can have multiple covers

Big if true

**Moscato**
2d · 1 reply

> MrPJP 2d
> It's real. Also magazines can have multiple covers

**Polisker**
2d

The goat

**Kween**
2d · 1 reply

**Drake Related** @drakerelated · Follow

11:21 PM · Oct 30, 2022

660 Reply Copy link

Read 7 replies

**MrPJP**
2d

> Moscato 2d
> Big if true

Lol I was meant to be replying to the guy who asked if it was real because there's a cover with Jennifer Lawrence on my bad

Big if true

Lol I was meant to be replying to the guy who asked if it was real because there's a cover with Jennifer Lawrence on my bad

**bluejeans**
2d
Excited to read what they say about the project

**bluejeans**
2d · 3 replies
> OVOLeBron 2d
> This project gonna be special. You not covering Vogue for some thrown together tape BS. (One can hope anyway)

Also drake saying "historic moment" in his caption. It's gotta be some crazy s*** on here.

**Olsen**
2d
> SLYOOPER TIMBO 2d
> B****, don't tell me that you model if you ain't been in Vogue

**SinceKumbaya**
2d · 1 reply
> bluejeans 2d
> Also drake saying "historic moment" in his caption. It's gotta be some crazy s*** on here.

Which other male rappers have covered vogue ? Maybe that's the historic angle . Or just how rare it is

**ovomafia**
2d · 1 reply
Cover is heat

**MrPJP**
2d · 1 reply
> bluejeans 2d
> Also drake saying "historic moment" in his caption. It's gotta be some crazy s*** on here.

Eh I don't think so honestly. I think it's just typical promo speak. I'd hope to be wrong though

**Death To Khamanei**
2d
> ovomafia 2d
> Cover is heat

**thewb39**
2d
> Kwen 2d
> 
> https://twitter.com/drakerelated/status/1586860852233195522

Hard 

**DJMCC93**
2d
> SinceKumbaya 2d
> Which other male rappers have covered vogue ? Maybe that's the historic angle . Or just how rare it is

I think Kanye is the only other rapper and that's with Kim

**Pillows**
2d · 1 reply
How does one get their hands on the physical?

**1887**
2d · 1 reply
don't tell me that you model if you ain't been in Vogue 

**Castlev2**
2d · 2 replies
Black excellence

bluejeans
2d
Excited to read what they say about the project

SinceKumbaya
2d · 1 reply
bluejeans 2d
Also drake saying "historic moment" in his caption. It's gotta be some crazy s*** on here.
Which other male rappers have covered vogue ? Maybe that's the historic angle . Or just how rare it is

**DJMCC93**
2d

> **SinceKumbaya** 2d
> Which other male rappers have covered vogue ? Maybe that's the historic angle . Or just how rare it is

I think Kanye is the only other rapper and that's with Kim

**Pillows**
2d · 1 reply

How does one get their hands on the physical?

**1887**
2d · 1 reply

don't tell me that you model if you ain't been in Vogue 

**Castlev2**
2d · 2 replies

Black excellence

**mjpplus**
2d · 2 replies

> **Pillows** 2d
> How does one get their hands on the physical?

Go to a store

**bluejeans**
2d

> **MrPJP** 2d
> Eh I don't think so honestly. I think it's just typical promo speak. I'd hope to be wrong though

Lmao I'm just reaching for the stars man, one more week till the drop 

**Miltdawg**
2d

> **Castlev2** 2d
> Black excellence

**Pillows**
2d · 1 reply

> **mjpplus** 2d
> Go to a store

Why're you being a b****

Tell me which one

**Hublotkingcole_**
2d

> **mjpplus** 2d
> Is this...
> A rollout?

say it aint so

**slime wrld**
2d · 1 reply

> **JSU HATE DATTEBAYO** 2d
> Why is 21 center stage smh?

you gotta be trolling

**JSU HATE DATTEBAYO** OP
2d · 1 reply

> **slime wrld** 2d
> you gotta be trolling

Meant as in his name and his quote

**Ralo**
2d · 1 reply · +

21 look like x with that pose

Privacy policy Cookies Terms Advertise Contact
© 2022 KTT2

🔒 **PageVault**

| | |
|---|---|
| Document title: | Drake and 21 Savage on the cover of Vogue \| Giveaway locations in TOR, LA, NYC, ATL, MIA revealed \| KTT2 |
| Capture URL: | https://ktt2.com/drake-on-the-cover-of-vogue-32535893 |
| Page loaded at (UTC): | Tue, 01 Nov 2022 18:39:52 GMT |
| Capture timestamp (UTC): | Tue, 01 Nov 2022 18:40:53 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.90.105.151 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | e11fbd8c-caf8-4173-a326-57601ee4132b |
| User: | loeb-jgorruso |

PDF REFERENCE #: nRWpSZLP8YTf4giYz4JLq4

**JSU HATE DATTEBAYO** ♥ 17
Updated 18h ago

**active**
2d
Anna wintour

**feelingisfirst**
2d

**the cool** ♥ 9
2d
Yooo that's fire wtf 

**Campari**
2d · 1 reply
My dumbass was waiting for the cover to pop up but op was just lazy smh

Document title: Drake and 21 Savage on the cover of Vogue | Giveaway locations in TOR, LA, NYC, ATL, MIA revealed | KTT2
Capture URL: https://ktt2.com/drake-on-the-cover-of-vogue-32535893
Capture timestamp (UTC): Tue, 01 Nov 2022 18:40:53 GMT

**JSU HATE DATTEBAYO** OP
2d

> Campari 2d
> My dumbass was waiting for the cover to pop up but op was just lazy smh

Its there

**mjpplus** 31
2d · 3 replies

Is this...

A rollout?

**ASAP RCKY**
2d

in

**JSU HATE DATTEBAYO** OP
2d · 1 reply

> mjpplus 2d
> Is this...
> A rollout?

I think this was supposed to be out after the album

**JSU HATE DATTEBAYO** OP
2d · 4 replies

Why is 21 center stage smh?

**RCLamp** 31
2d · 4 replies

b**** dont tell me that you model
if you aint been in vogue

**ghosting**
2d

drip szn

**808oofjm**
2d

hard

**JSU HATE DATTEBAYO** OP
2d

Lmao go to his IG

**levii**
2d

> JSU HATE DATTEBAYO 2d
> I think this was supposed to be out after the album

just wait until they talk about the album in the magazine tomorrow and they reflect on features

**Clementine**
2d · 1 reply

isn't this like the second time US Vogue has had only men and no woman on the cover? that's huge

**SLYOOPER TIMBO**
2d · 1 reply

B****, don't tell me that you model if you ain't been in Vogue

**ovoburner**
2d

🙁

**jesomo**
2d

**OVOLeBron** 14
2d · 1 reply

levii
2d
JSU HATE DATTEBAYO 2d
I think this was supposed to be out after the album
just wait until they talk about the album in the magazine tomorrow and they reflect on features
Clementine
2d · 1 reply
isn't this like the second time US Vogue has had only men and no woman on the cover? that's huge

**JSU HATE DATTEBAYO** OP
2d · 4 replies
Why is 21 center stage smh?

**RCLamp** ♥ 31
2d · 4 replies
b**** dont tell me that you model
if you aint been in vogue

**ghosting**
2d
drip szn

**808oofjm**
2d
hard

**JSU HATE DATTEBAYO** OP
2d
Lmao go to his IG

**levii**
2d
> JSU HATE DATTEBAYO 2d
> I think this was supposed to be out after the album

just wait until they talk about the album in the magazine tomorrow and they reflect on features 

**Clementine**
2d · 1 reply
isn't this like the second time US Vogue has had only men and no woman on the cover? that's huge

**SLYOOPER TIMBO** ♥ 9
2d · 1 reply
B****, don't tell me that you model if you ain't been in Vogue 

**ovoburner**
2d
😕

**jesomo**
2d

**OVOLeBron**
2d · 1 reply
This project gonna be special. You not covering Vogue for some thrown together tape BS. (One can hope anyway)

OVOLeBron
2d · 1 reply
This project gonna be special. You not covering Vogue for some thrown together tape BS. (One can hope anyway)

**CKL Nightman**
2d
Hard as s***

**Escobar**
2d
Goat

**fear of ghosts**
2d · 5 replies
Why tf 21 covering his face?!

**fear of ghosts**
2d
> JSU HATE DATTEBAYO 2d
> Why is 21 center stage smh?

Drake the only one with his face out

Privacy policy Cookies Terms Advertise Contact
© 2022 KTT2

Document title: Drake and 21 Savage on the cover of Vogue | Giveaway locations in TOR, LA, NYC, ATL, MIA revealed | KTT2
Capture URL: https://ktt2.com/drake-on-the-cover-of-vogue-32535893
Capture timestamp (UTC): Tue, 01 Nov 2022 18:40:53 GMT





