# EXHIBIT J

PageVault

| | |
|---|---|
| Document title: | (18) Drake Direct on Twitter: "https://t.co/r33wAEiFej" / Twitter |
| Capture URL: | https://twitter.com/DrakeDirect_/status/1587239481827999746?s=20&t=1R30vOXwcomK6xXGjdg0mw |
| Page loaded at (UTC): | Tue, 01 Nov 2022 16:47:39 GMT |
| Capture timestamp (UTC): | Tue, 01 Nov 2022 16:48:29 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 3f982334-9697-458e-998f-7396373a38fa |
| User: | loeb-jgorruso |

PDF REFERENCE #:    nnhFG9EWHtZbJ8Q76xZbB8







Thread

Search Twitter

18

**Drake Direct** @DrakeDirect_ · 16h

Locations for the Vogue drop

Drizzy

3 12 82

**Drake Direct** @DrakeDirect_ · 16h

1 6 23

**Drake Direct**
@DrakeDirect_

## Relevant people

**Drake Direct**
@DrakeDirect_
Drake Fan Account 🦉

Follow

## What's happening

Sports · LIVE
**2022 NFL Trade Deadline** 🏈

Sports · Trending
**Kyrie Irving**
14.4K Tweets

POPSUGAR · 2 hours ago
**Migos Rapper Takeoff Dead at 28**

Scary Mommy · Yesterday
**Fans Are Freaking Out Over Donald Faison And His Daughter's 'Clueless' Costumes**

Trending
**Agholor**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Messages**

Thread

Search Twitter

1 6 23

**Drake Direct**
@DrakeDirect_

12:25 AM · Nov 1, 2022 · Twitter for iPhone

**4** Retweets **15** Likes

Tweet your reply

Reply

**Shotta 2.0** @ShottaSV · 16h
Replying to @DrakeDirect_
you think it's gonna sell out before i can get to it tomorrow afternoon?

**Amanda** @RulelessThought · 11h
Replying to @DrakeDirect_
💫

**Relevant people**

**Drake Direct**
@DrakeDirect_
Drake Fan Account 🦉

Follow

## What's happening

Sports · LIVE
**2022 NFL Trade Deadline** 🏈

Sports · Trending
**Kyrie Irving**
14.4K Tweets

**POPSUGAR** · 2 hours ago
**Migos Rapper Takeoff Dead at 28**

**Scary Mommy** · Yesterday
**Fans Are Freaking Out Over Donald Faison And His Daughter's 'Clueless' Costumes**

Trending
**Agholor**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Messages**

you think it's gonna sell out before I can get to it tomorrow afternoon!

Thread

Search Twitter

**Amanda** @RulelessThought · 11h
Replying to @DrakeDirect_
💫

## Relevant people

**Drake Direct**
@DrakeDirect_
Drake Fan Account 🦉

Follow

## What's happening

Sports · LIVE
**2022 NFL Trade Deadline** 🏈

Sports · Trending
**Kyrie Irving**
14.4K Tweets

POPSUGAR · 2 hours ago
**Migos Rapper Takeoff Dead at 28**

Scary Mommy · Yesterday
**Fans Are Freaking Out Over Donald Faison And His Daughter's 'Clueless' Costumes**

Trending
**Agholor**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Messages**

🔒 PageVault

| | |
|---|---|
| Document title: | jordany on Twitter: "@21savage &amp; @Drake on the cover of Vogue is a bigger deal than what you all think it is. First and foremost, models and influencers who you usually see on vogue (ex. Kardashians) don't usually get that American cover. They usually are on international Vogue. https://t.co/5Cywm01UaD" / Twitter |
| Capture URL: | https://twitter.com/_itz_jordany_/status/1586872719819390978 |
| Page loaded at (UTC): | Mon, 07 Nov 2022 17:51:22 GMT |
| Capture timestamp (UTC): | Mon, 07 Nov 2022 17:52:18 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 83950c80-af12-47f4-ba45-8594f867327e |
| User: | loeb-jgorruso |

PDF REFERENCE #:     vixSQ8t4oAwYzTk7oRD8jc



Tweet

Search Twitter

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

jordany
@_itz_jordany_

@21savage & @Drake on the cover of Vogue is a bigger deal than what you all think it is. First and foremost, models and influencers who you usually see on vogue (ex. Kardashians) don't usually get that American cover. They usually are on international Vogue.

12:08 AM · Oct 31, 2022 · Twitter for iPhone

1 Quote Tweet 2 Likes

Tweet your reply Reply

Josh Gorruso
@jgorruso

**Relevant people**

jordany
@_itz_jordany_
Follow

Saint Laurent Don
@21savage
TheBig4L
Follow

Drizzy
@Drake
Follow

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections

Sports · Trending
Josh McDaniels
10.4K Tweets

Business and finance · Trending
Silk Road
5,840 Tweets

US elections · LIVE
New York: Election news and updates

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

Messages

PageVault

| | |
|---|---|
| Document title: | HONI on Twitter: "Don't tell me that you model if you ain't been in vogue. A huge historic moment for Papi @champagnepapi and @21savage gracing the cover of Vogue Magazine! Her Loss November 4th, 2022 ☐   #AnnaWintour #Vogue #VogueMagazine ☐   :@voguemagazine #BeeWellHoni https://t.co/KXrXmRg8Mk" / Twitter |
| Capture URL: | https://twitter.com/beewellhoni/status/1587105101918912514 |
| Page loaded at (UTC): | Fri, 04 Nov 2022 18:58:07 GMT |
| Capture timestamp (UTC): | Fri, 04 Nov 2022 18:58:42 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 18.232.223.200 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 83797f24-dc6a-4390-ac06-8b13862b0127 |
| User: | loeb-jgorruso |

PDF REFERENCE #:     3GTn1MHf97ATFwrpHEYV4S



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Josh Gorruso
@jgorruso

← Tweet

HONI
@beewellhoni

Don't tell me that you model if you ain't been in vogue. A huge historic moment for Papi @champagnepapi and @21savage gracing the cover of Vogue Magazine! Her Loss November 4th, 2022 🖤
#AnnaWintour #Vogue #VogueMagazine
📸:@voguemagazine
#BeeWellHoni

3:31 PM · Oct 31, 2022 · Twitter for iPhone

1 Retweet 1 Like

Tweet your reply

Reply

Search Twitter

**Relevant people**

HONI
@beewellhoni
Follow
Culture• Wellness • Spirituality ☽ a mindful luxurious lifestyle ॐ By @lovedejanee 🤍

Saint Laurent Don
@21savage
Follow
TheBig4L

**What's happening**

US elections · LIVE
Voters look ahead to the upcoming 2022 midterm elections

Politics · Trending
63% of Americans
13.3K Tweets

Sports · Trending
Free Kyrie
7,114 Tweets

US elections · LIVE
New York: Election news and updates

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Messages