# EXHIBIT 2

