AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Southern District of New York  on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22cv9517 | DATE FILED<br>11/7/2022 | U.S. DISTRICT COURT<br>Southern District of New York | |
|---|---|---|---|
| PLAINTIFF<br>Advance Magazine Publishers Inc. d/b/a Condé Nast | | DEFENDANT<br>Aubrey Drake Graham p/k/a Drake, Shéyaa Bin Abraham-Joseph p/k/a 21 Savage, and Hiltzik Strategies, LLC | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 0,125,542 | 5/20/1919 | Advance Magazine Publishers Inc. |
| 2 | 0,504,006 | 11/16/1948 | Advance Magazine Publishers Inc. |
| 3 | 1,336,659 | 5/21/1985 | Advance Magazine Publishers Inc. |
| 4 | 2,592,452 | 7/9/2002 | Advance Magazine Publishers Inc. |
| 5 | See attached rider. | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

[Print]   [Save As...]   [Reset]

# RIDER TO AO 120

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 3,069,976 | 3/21/2006 | Advance Magazine Publishers Inc. |
| 4,138,408 | 5/8/2012 | Advance Magazine Publishers Inc. |
| 4,964,883 | 5/24/2016 | Advance Magazine Publishers Inc. |
| 4,964,884 | 5/24/2016 | Advance Magazine Publishers Inc. |
| 5,915,018 | 11/19/2019 | Advance Magazine Publishers Inc. |
| 6,324,126 | 4/13/2021 | Advance Magazine Publishers Inc. |