**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ADVANCE MAGAZINE PUBLISHERS INC.     No. 22-cv-09517-JSR
d/b/a CONDÉ NAST,

                                 **AFFIDAVIT OF SERVICE**

                Plaintiff,

              -against-

AUBREY DRAKE GRAHAM p/k/a DRAKE,
SHÉYAA BIN ABRAHAM-JOSEPH p/k/a
21 SAVAGE, and HILTZIK STRATEGIES, LLC,

                Defendants.
------------------------------------------------------------X

STATE OF NEW YORK      )
                                 )    ss.:
COUNTY OF NEW YORK   )

      Geri G. Papa, being duly sworn, deposes and says that she is not a party to this action, is over the age of eighteen years old, and is employed by Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154.

      On November 9, 2022, deponent served true and correct copies of the: **Complaint, dated 11/07/2022; Complaint, dated 11/07/2022, with Exhibits A-H; Summons to Aubrey Drake Graham p/k/a Drake; Summons to Shéyaa Bin Abraham-Joseph p/k/a 21 Savage; Civil Cover Sheet; Notice of Appearance of Frank D. D'Angelo; Notice of Appearance of Mary Jean Kim; Rule 7.1 Corporate Disclosure Statement; Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, dated and signed by Judge Rakoff on 11/09/2022; Memorandum of Law in Support of Order to Show Cause; Declaration of Wook Hwang, with Exhibits A-K; Declaration of Christopher P. Donnellan, with Exhibits 1-6; and Declaration of Christiane Mack, with Exhibits 1-2**, upon the following:

Stanton "Larry" Stein
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
lstein@raklaw.com

Robert S. Meloni
Meloni & McCaffrey
3 Columbus Circle, 15th Floor
New York, NY 10019
rmeloni@m2lawgroup.com

*Attorneys for Aubrey Drake Graham p/k/a Drake*

-and-

Irene Lee
Nathan D. Meyer
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
ilee@raklaw.com
nmeyer@raklaw.com

*Attorneys for Shéyaa Bin Abraham-Joseph p/k/a 21 Savage*

by electronic mail to the above-stated email addresses, with consent from each attorney to accept service via electronic means.

Dated: New York, New York
November 10, 2022

_____
Geri G. Papa

Sworn to before me this
10th day of November, 2022

_Antoinette Pepper_
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in New York County
Certificate on File in New York County
My Commission Expires Jan. 7, 2023

23126033.1
233139-10007