UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Attorney: Loeb & Loeb LLP
Address: 345 Park Avenue New York, NY 10154

Job #: 1465994

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDE NAST, <br><br> vs <br><br> AUBREY DRAKE GRAHAM p/k/a DRAKE, et al., | Plaintiff <br><br><br><br> Defendant |

Case Number: 1:22-CV-09517-JSR

Date Filed: 11/07/2022

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Baldeo C. Drepaul, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/9/2022**, at **3:25 PM** at: **99 MADISON AVENUE, 17TH FLOOR, NEW YORK, NY 10016** Deponent served the within **Temporary Restraining Order to Show Cause for Preliminary Injunction signed by Hon. Jed S. Rakoff dated November 9, 2022, Summons in a Civil Action, Complaint, Complaint with Exhibits, Declaration of Hwang with Exhibits, Declaration of Donnellan with Exhibits, Declaration of Mack with Exhibits, Memorandum of Law in Support, 7.1 Corporate Disclosure Statement, Notice of Appearance by Frank David D'Angelo, Notice of Appearance by Mary Jean Kim and Civil Cover Sheet.**

On: **HILTZIK STRATEGIES, LLC**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Michael Lawrence personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Director of CCO Office thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male  Color of skin: White  Color of hair: Black  Glasses: No
Age: 26-35  Height: 5ft 9inch - 6ft 0inch  Weight: 161-200 Lbs.

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Michael Lawrence, as Director of CCO Office, stated he is authorized to accept service on behalf of Hiltzik Strategies, LLC.

Sworn to before me on 11/09/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579