Bond No. 810013934

# UNDERTAKING ON PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**ADVANCE MAGAZINE PUBLISHERS INC.**
**d/b/a CONDÉ NAST**

**Plaintiff,**

- against -

**AUBREY DRAKE GRAHAM p/k/a DRAKE,**
**SHÉYAA BIN ABRAHAM-JOSEPH p/k/a**
**21 SAVAGE, and HILTZIK STRATEGIES, LLC,**

**Defendants.**

-----------------------------------------------------------------X

Case No. 22-cv-09517

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/14/2022

**WHEREAS,** on the 9th day of November 2022, the Plaintiff was granted a preliminary injunction/temporary restraining order, upon the posting of a bond in the amount TEN THOUSAND AND NO/100 ($10,000.00) Dollars, in the above-entitled action, restraining the Defendants, from doing certain things as more fully set forth in the order by the Hon Jed S. Rakoff.

**NOW, THEREFORE,** the Atlantic Specialty Insurance Company having an office and principal place of business for the state of New York at 77 Water Street, 17th Floor, New York, N.Y., 10005, as Surety, does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff will pay to the Defendants, so enjoined, such damages and costs not exceeding the sum of TEN THOUSAND AND NO/100 ($10,000.00) Dollars as it may sustain by reason of the preliminary injunction/temporary restraining order if the Court shall finally decide that the Plaintiff, was not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

DATED: November 9, 2022

RUBY J. KRAJICK
CLERK OF COURT

BY _____
Deputy Clerk

Approved
11/14/22

ATLANTIC SPECIALTY
INSURANCE COMPANY

By: _____
D. Nicholas Blaikie, Attorney-in-fact

form#

# ACKNOWLEDGEMENT OF SURETY

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

On the 9th day of November in the year 2022, before me personally came D. Nicholas Blaikie to me known, who being by me duly sworn, did depose and say that he resides at One State Street Plaza, 31st Floor, New York, NY 10004, that he is the Attorney-in-Fact of Atlantic Specialty Insurance Company, the corporation described in and which executed the above instrument; that he knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the Board of Directors of said corporation, and, that he signed his name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to Atlantic Specialty Insurance Company, A Certificate of Solvency and qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law and that such certificate has not been revoked.

COLETTE M. BLAIKIE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 1BL4989857
Qualified in NEW YORK County
Commission Expires MAY 6 2026

Notary Public



# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **D. Nicholas Blaikie, Colette M. Blaikie, Fayth Vasseur**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **unlimited** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this twenty-seventh day of April, 2020.



By _____

Paul J. Brehm, Senior Vice President

STATE OF MINNESOTA
HENNEPIN COUNTY

On this twenty-seventh day of April, 2020, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.

**ALISON DWAN NASH-TROUT**
**NOTARY PUBLIC · MINNESOTA**
**My Commission Expires**
**January 31, 2025**

_____
Notary Public

I, the undersigned, Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated _____9th_____ day of _November_ , _2022_

| This Power of Attorney expires |
| January 30, 2025 |

_____
Kara Barrow, Secretary

 specialty solutions

**Atlantic Specialty Insurance Company**
Period Ended 12/31/2021

*Dollars displayed in thousands*

| Admitted Assets | | Liabilities and Surplus | |
|---|---|---|---|
| **Investments:** | | **Liabilities** | |
| Bonds | $ 1,827,267 | Loss Reserves | $ 1,012,842 |
| Preferred Stocks | - | Loss Adjustment Expense Reserves | 307,403 |
| Common Stocks | 907,728 | **Total Loss & LAE Reserves** | 1,320,246 |
| Mortgage Loans | - | | |
| Real Estate | - | Unearned Premium Reserve | 655,993 |
| Contract Loans | - | Total Reinsurance Liabilities | 24,180 |
| Derivatives | - | Commissions, Other Expenses, and Taxes due | 63,766 |
| Cash, Cash Equivalents & Short Term Investments | 174,241 | Derivatives | - |
| Other Investments | 20,131 | Payable to Parent, Subs or Affiliates | - |
| **Total Cash & Investments** | 2,929,367 | All Other Liabilities | 442,340 |
| | | | |
| Premiums and Considerations Due | 288,964 | **Total Liabilities** | 2,506,525 |
| Reinsurance Recoverable | 24,105 | | |
| Receivable from Parent, Subsidiary or Affiliates | 56,353 | **Capital and Surplus** | |
| All Other Admitted Assets | 59,690 | Common Capital Stock | 9,001 |
| | | Preferred Capital Stock | - |
| **Total Admitted Assets** | 3,358,479 | Surplus Notes | - |
| | | Unassigned Surplus | 165,606 |
| | | Other Including Gross Contributed | 677,347 |
| | | **Capital & Surplus** | 851,954 |
| | | | |
| | | **Total Liabilities and C&S** | 3,358,479 |

State of Minnesota
County of Hennepin

I, Kara Barrow, Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the 31st day of December, 2021, according to the best of my information, knowledge and belief.

_____
Secretary

Subscribed and sworn to, before me, a Notary Public of the State of Minnesota on this 14th day of March, 2022.

_____
Notary Public

KERRI RIECHERS
Notary Public
Minnesota
My Commission Expires January 31, 2025

My Commission Expires January 31, 2025

# STATE OF NEW YORK
# DEPARTMENT OF FINANCIAL SERVICES

CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

### Atlantic Specialty Insurance Company
### of New York, New York

a corporation organized under the laws of New York and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties, and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $820,615,432. (Capital $9,000,546), as is shown by its sworn financial statement for the quarter ending, March 31, 2021, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have here-unto set my hand and affixed the official seal of this Department at the City of Albany, this 2nd day of June, 2021.

Linda A. Lacewell
Superintendent

By

Colleen M. Draper
Special Deputy Superintendent