AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Advance Magazine | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-09517-JSR |
| Aubrey Graham/aka Drake, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sheyaa Bin Abraham-Joseph personally known as 21 Savage.

Date:   11/21/2022

/s/J. Douglas Baldridge
*Attorney's signature*

J. Douglas Baldridge, JB8385
*Printed name and bar number*

Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

*Address*

jdbaldridge@venable.com
*E-mail address*

(202) 344-4703
*Telephone number*

(202) 344-8300
*FAX number*