AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Advance Magazine | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-09517-JSR |
| Aubrey Graham/aka Drake, et al. | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sheyaa Bin Abraham-Joseph personally known as 21 Savage.

Date:    11/21/2022

/s/Maria R. Sinatra
*Attorney's signature*

Maria R. Sinatra, MS5196
*Printed name and bar number*

Venable LLP
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020

*Address*

mrsinatra@venable.com
*E-mail address*

(212) 370-6247
*Telephone number*

(212) 307-5598
*FAX number*