UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDÉ NAST,<br><br>Plaintiff,<br><br>-against-<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, and HILTZIK STRATEGIES, LLC,<br><br>Defendants. | Civ. Action No. 1:22-cv-09517<br><br>**STIPULATION ACCEPTING SERVICE OF SUMMONS AND COMPLAINT AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

This Stipulation is entered into by and between Plaintiff and Defendants, through their respective counsel, with respect to the following facts:

a)   Counsel for Defendants Aubrey Graham p/k/a "Drake", Shéyaa Bin Abraham-Joseph p/k/a 12 Savage and Hiltzik Strategies LLC agreed to accept service of process of the Summons and Complaint as of November 9, 2022;

b)   The time within which said Defendants may file an Answer or other response to the Complaint shall be extended up to and including December 16, 2022;

c)   Said appearance is without prejudice to, and said Defendants fully reserve, all of their respective rights to assert any available defenses, except that Defendants waive and shall not assert any defense based on the manner or sufficiency of service of process and/or personal jurisdiction.

d)   Counsel for the parties agree to accept service of documents in this case moving forward by email to counsel;

Dated: November 29, 2022

**AGREED TO:**

| | |
|---|---|
| Counsel for Plaintiffs: | s/Wook Hwang<br>LOEB & LOEB LLP<br>Wook Hwang , Esq.<br>345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 407-4035 |
| Counsel for Defendant Aubrey Graham p/k/a Drake: | [signature]<br>MELONI & McCAFFREY, A.P.C.<br>Robert S. Meloni, Esq.<br>3 Columbus Circle, 15th Floor<br>New York, New York  10019<br>Tel: (917) 331-9556<br><br>RUSS AUGUST & KABAT<br>Stanton Stein, Esq., *pro hac vice* forthcoming<br>Ashley R. Yeargan, Esq. *pro hac vice* forthcoming<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Tel:  (310) 826-7474 |
| Counsel for Defendant Shéyaa Bin Abraham-Joseph p/k/a 21 Savage: | s/J. Douglas Baldridge<br>VENABLE LLP<br>J. Douglas Baldridge, Esq.<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel:  (310) 344-4000 |
| Counsel for Defendant Hiltzik Strategies LLC: | s/Andrew L. Lee<br>FOLEY & LARDNER LLP<br>Andrew L. Lee, Esq.<br>90 Park Avenue<br>New York, NY 10016<br>Tel:  (212) 682-7474 |