Robert S. Meloni, Esq.
MELONI & MCCAFFREY APC
3 Columbus Circle, 15th Floor
New York, New York 10019
P: (917) 331-9556
E-Mail:  rmeloni@m2lawgroup.com

*Attorneys for Defendants Aubrey Graham p/k/a "Drake"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDÉ NAST,<br><br>Plaintiff,<br><br>-against-<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, and HILTZIK STRATEGIES, LLC,<br><br>Defendants. | Civ. Action No. 1:22-cv-09517<br><br>**NOTICE OF WITHDRAWAL OF ROBERT S. MELONI AS COUNSEL FOR SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Robert S. Meloni hereby withdraws in the above-captioned action as counsel of record for Defendant SHÉYAA BIN ABRAHAM-JOSEPH P/K/A 12 SAVAGE.

Dated: November 29, 2022

                                           MELONI & MCCAFFREY
                                           A Professional Corporation
                                           By: s/*Robert S. Meloni*
                                                 Robert S. Meloni
                                           3 Columbus Circle, 15th Floor
                                           New York, New York 10019

                                           *Attorneys for Defendant Aubrey Graham p/k/a "Drake"*