UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDÉ NAST,<br><br>Plaintiff,<br><br>-against-<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, AND HILTZIK STRATEGIES, LLC,<br><br>Defendants. | Case No. 1:22-cv-09517 (JSR)<br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF STANTON STEIN** |

TO THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, application is hereby made for an order admitting STANTON STEIN to appear *pro hac vice* before the United States District Court for the District of New York to represent Defendant Aubrey Drake Graham p/k/a Drake in the above referenced case.

In support of this application, the applicant relies upon the attached Declaration of Stanton Stein. Unless requested by other parties, no oral argument is requested. A proposed form of order is submitted herewith.

Dated: December 2, 2022

                                        Respectfully Submitted,

                                        s/Stanton Stein
                                        Stanton Stein, Applicant
                                        RUSS AUGUST & KABAT
                                        12424 Wilshire Boulevard, 12th Floor
                                        Los Angeles, California 90025
                                        Tel:  (310) 826-7474
                                        Email:  lstein@raklaw.com

**EXHIBIT A**  (Declaration)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDÉ NAST,<br><br>Plaintiff,<br><br>-against-<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, AND HILTZIK STRATEGIES, LLC,<br><br>Defendants. | Case No. 1:22-cv-09517 (JSR)<br><br>**DECLARATION OF STANTON STEIN PURSUANT TO LOCAL RULE 1.3 FOR *PRO HAC VICE* ADMISSION** |

**STANTON L. STEIN** declares under penalty of perjury as follows:

1.  I am a member of Russ, August & Kabat, counsel for Defendant Aubrey Drake Graham p/k/a "Drake." I respectfully submit this declaration in support of my motion for admission *pro hac vice* as counsel for said Defendant.

2.  I am an attorney duly licensed to practice law before the Courts of the State of California. Attached hereto as Exhibit "B" is a true copy of my Certificate of Good Standing duly issued by the Supreme Court of the State of California dated November 16, 2022.

3.  Robert S. Meloni, an attorney duly licensed to practice law before the Courts of the State of New York, shall serve as Local Counsel of Record. He is a member in good standing of the New York Bar and the United States District Court for the Southern District of New York and is authorized to file through the Court's electronic filing system.

4.  My office address is Russ, August & Kabat, 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025. I reside in Los Angeles, California.

5. The following are courts to which I have been admitted and am an active member in good standing:

| Court | Date of Admission |
|---|---|
| Courts of the State of California | January 15, 1970 |
| United States District Court, Central District of California | January 15, 1970 |

6. I have never been held in contempt of court, or been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have read and am familiar with (a) the provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal Rules of Evidence; (e) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; and (f) the New York State Rules of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

8. For all of the foregoing reasons, I respectfully request that my application for admission *pro hac vice* be granted.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: December 2, 2022

_____
STANTON L. STEIN

**EXHIBIT B** **(Certificate)**



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>STANTON LAWRENCE STEIN</u>

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that STANTON LAWRENCE STEIN, # 45997, was on the 15th day of January, 1970, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of November 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia, Assistant Deputy Clerk

**EXHIBIT C** (Proposed Order)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDÉ NAST,<br><br>Plaintiff,<br><br>-against-<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, AND HILTZIK STRATEGIES, LLC,<br><br>Defendants. | Case No. 1:22-cv-09517 (JSR)<br><br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* OF STANTON STEIN** |

The motion of applicant Stanton Stein for admission to practice *Pro Hac Vice* in the above captioned action is **GRANTED.**

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> RUSS AUGUST & KABAT
> 12424 Wilshire Boulevard, 12th Floor
> Los Angeles, California 90025
> Tel:  (310) 826-7474
> Email:  lstein@raklaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Aubrey Drake Graham p/k/a "Drake" in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____

                                                _____
                                                Jed S. Rakoff
                                                United States District Judge