UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÈ NAST,<br><br>                                   Plaintiff,<br><br>-against –<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÈYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, and HILTZIK STRATEGIES, LLC,<br><br>                                 Defendants. | Case No. 1:22-cv-09517-JSR<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Lazar Sterling-Jackson hereby appears as counsel for Defendant Aubrey Drake Graham p/k/a Drake in this action, certifies that he is admitted to practice in this Court, and further requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
          December 7, 2022

                                                 **PRYOR CASHMAN LLP**

                                                 By: */s/ Lazar Sterling-Jackson*
                                                       Lazar Sterling-Jackson, Esq.

                                                 7 Times Square
                                               New York, New York 10036
                                               lsterling-jackson@pryorcashman.com
                                               Tel: (212) 421-4100

                                               *Attorneys for Defendant Aubrey Drake*
                                               *Graham p/k/a Drake*