UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a/ CONDÉ NAST,<br><br>Plaintiff,<br><br>v.<br><br>AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, and HILTZIK STRATEGIES, LLC,<br><br>Defendants. | Case No.: 1:22-cv-09517<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Andrew L. Lee of the firm Foley & Lardner LLP, who is a member in good standing of the bar of this Court, hereby enters his appearance in the above-captioned action on behalf of defendant Hiltzik Strategies, LLC.

Dated: New York, New York
December 14, 2022

FOLEY & LARDNER LLP

By: */s/Andrew L. Lee*
Andrew L. Lee
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: andylee@foley.com
*Counsel for Defendant Hiltzik Strategies, LLC.*