UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
ADVANCE MAGAZINE PUBLISHERS INC. :
d/b/a CONDÉ NAST, :
: No. 22-cv-9517-JSR
*Plaintiff*, :
:
v. :
: **STIPULATION AND ORDER**
AUBREY DRAKE GRAHAM p/k/a DRAKE, :
SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 :
SAVAGE, and HILTZIK STRATEGIES, LLC, :
:
*Defendants*. :
:
---------------------------------------------------------- X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Aubrey Drake Graham p/k/a Drake ("Drake"), Shéyaa Bin Abraham-Joseph p/k/a 21 Savage ("21 Savage") and Hiltzik Strategies, LLC ("Hiltzik Strategies"), to answer, move, or otherwise respond to the Complaint [Dkt. No. 2] in this action is hereby extended to and through February 7, 2023.  All other deadlines, including discovery deadlines, set forth in the Civil Case Management Plan [Dkt. No. 33] remain unchanged.

Dated: December 16, 2022
      New York, New York

| | |
|---|---|
| LOEB & LOEB LLP | VENABLE LLP |
| By: */s/ Wook Hwang* | By: */s/ J. Douglas Baldridge* |
|     Wook Hwang |     J. Douglas Baldridge |
|     345 Park Avenue |     600 Massachusetts Ave NW |
|     New York, New York 10154 |     Washington, DC 20001 |
|     Tel: (212) 407-4000 |     Tel: (202) 344-4703 |
| *Attorneys for Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast* | *Attorneys for Defendant Shéyaa Bin Abraham-Joseph, p/k/a 21 Savage* |

23311665

| | |
|---|---|
| RUSS AUGUST & KABAT | FOLEY & LARDNER LLP |
| By: _/s/ Stanton Larry Stein_<br>　　Stanton Larry Stein<br>　　12424 Wilshire Blvd., 12th Fl<br>　　Los Angeles, CA 90025<br>　　Tel: (310) 826-7474 | By: _/s/ Andrew L. Lee_<br>　　Andrew L. Lee<br>　　90 Park Avenue<br>　　New York, NY 10016<br>　　Tel: (212) 682-7474 |
| PRYOR CASHMAN LLP | _Attorneys for Defendant Hiltzik Strategies LLC_ |
| By: _/s/ William L. Charron_<br>　　William L. Charron<br>　　7 Times Square<br>　　New York, NY 10036<br>　　Tel: (212) 421-4100 | |
| _Attorneys for Defendant_<br>_Aubrey Drake Graham p/k/a/ Drake_ | |

**SO ORDERED:**

_____
　　HON. JED S. RAKOFF, U.S.D.J.