UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,

     *Plaintiff*,

     v.

AUBREY DRAKE GRAHAM p/k/a DRAKE, SHÉYAA BIN ABRAHAM-JOSEPH p/k/a 21 SAVAGE, and HILTZIK STRATEGIES, LLC,

     *Defendants*.

----------------------------------------------------------- X

Case No. 1:22-cv-09517-JSR

**STIPULATION AND ORDER**

  **WHEREAS**, Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast commenced this action on November 7, 2022, against Defendants Aubrey Drake Graham p/k/a Drake, Shéyaa Bin Abraham-Joseph p/k/a 21 Savage and Hiltzik Strategies, LLC;

  **WHEREAS**, the Court entered a Civil Case Management Plan ("CMP") in this action on November 22, 2022, providing that the joinder of additional parties shall be accomplished by January 31, 2023;

  **WHEREAS**, fact discovery is ongoing and may reveal additional parties that should be joined in this action;

  **WHEREAS**, there have been no extensions of the January 31, 2023 deadline for the joinder of additional parties prior to the date hereof;

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective undersigned counsel, as follows:

  1. The deadline for joinder of additional parties shall be extended up through and including February 14, 2023.

23515766

2.  All other deadlines set forth in the CMP shall remain in place.

3.  This Stipulation may be signed in counterparts, each of which shall be deemed an original and, when combined with the other(s), shall constitute one and the same instrument. Scanned and electronic copies of signatures shall have the same effect as ink-signed originals.

Dated: New York, New York
January 31, 2023

        LOEB & LOEB LLP

        By: */s/ Wook Hwang*
        Wook Hwang
        Frank D'Angelo
        345 Park Avenue
        New York, New York 10154
        whwang@loeb.com
        fdangelo@loeb.com
        Tel: (212) 407-4000

        PRYOR CASHMAN LLP

        By: */s/ William L. Charron*
        William L. Charron, Esq.
        Lazar Sterling-Jackson, Esq.
        7 Times Square
        New York, New York 10036
        wcharron@pryorcashman.com
        lsterling-jackson@pryorcashman.com
        Tel: (212) 421-4100

        -and-

        RUSS AUGUST & KABAT

        By: */s/ Stanton L. Stein*
        Stanton L. Stein (*pro hac vice*)
        12424 Wilshire Blvd., 12th Floor
        Los Angeles, California 90025
        lstein@raklaw.com
        Tel: (310) 826-7474

        *Attorneys for Defendant Aubrey Drake Graham p/k/a Drake*

VENABLE LLP

By: */s/ J. Douglas Baldridge*
J. Douglas Baldridge, Esq.
Maria R. Sinatra, Esq.
600 Massachusetts Avenue, NW
Washington, DC 20001
jbaldridge@venable.com
mrsinatra@venable.com
Tel: (202) 344-4703

*Attorneys for Defendant Shéyaa Bin Abraham-Joseph p/k/a 21 Savage*


FOLEY & LARDNER LLP

By: */s/ Andrew L. Lee*
Andrew L. Lee
90 Park Ave.
New York, NY 10016
andylee@foley.com
Tel: (212) 687-7474

*Attorneys for Defendant Hiltzik Strategies LLC*


**SO ORDERED.**

_____
JED S. RAKOFF, U.S.D.J.

Dated:     New York, New York
           2/1/23